UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT D. BRADY, JR. on behalf of himself and all others similarly situated, RACHEL MEGQUIER on behalf of herself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DUE NORTH HOLDINGS, LLC, A POTS & PANS PRODUCTION, LLC, SCOTTY'S HOLDINGS, LLC, <br><br> Defendants. | Case No. 1:17-cv-01313-TWP-MJD |

## **ENTRY ON JURISDICTION**

It has come to the Court's attention that Plaintiffs' Complaint fails to allege all of the facts necessary to determine whether this Court has subject matter jurisdiction over this case. The Complaint alleges that this Court has jurisdiction based upon diversity of citizenship. However, the Complaint fails to sufficiently allege the citizenship of the parties. Citizenship is the operative consideration for jurisdictional purposes. *See Meyerson v. Harrah's East Chicago Casino*, 299 F.3d 616, 617 (7th Cir. 2002) ("residence and citizenship are not synonyms and it is the latter that matters for purposes of the diversity jurisdiction").

"For diversity jurisdiction purposes, the citizenship of an LLC is the citizenship of each of its members." *Thomas v. Guardsmark, LLC*, 487 F.3d 531, 534 (7th Cir. 2007). "Consequently, an LLC's jurisdictional statement must identify the citizenship of each of its members as of the date the complaint or notice of removal was filed, and, if those members have members, the citizenship of those members as well." *Id.*

The Complaint alleges that "Defendant Due North Holdings, LLC is a Delaware limited liability company with its principal place of business in Scottsdale, Arizona," and Defendants Scotty's Holdings, LLC and A Pots & Pans Production, LLC are "Indiana limited liability compan[ies] with [their] principal place of business in Indianapolis, Indiana." ([Filing No. 1 at 6](Filing No. 1 at 6).) These jurisdictional allegations do not establish the citizenship of Defendants Due North Holdings, LLC, Scotty's Holdings, LLC, or A Pots & Pans Production, LLC. Alleging the identity and citizenship of each of the members of the Defendant limited liability companies is necessary for this Court to determine whether it has jurisdiction.

Therefore, Plaintiffs are **ORDERED** to file a Supplemental Jurisdictional Statement that establishes the Court's jurisdiction over this case. This statement should specifically identify the members of Defendants Scotty's Holdings, LLC, Due North Holdings, LLC, and A Pots & Pans Production, LLC, as well as the members' citizenship. This jurisdictional statement is due **fourteen (14) days** from the date of this Entry.

**SO ORDERED.**

Date: 5/2/2017

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Irwin B. Levin
COHEN & MALAD LLP
ilevin@cohenandmalad.com

Lynn A. Toops
COHEN & MALAD LLP
ltoops@cohenandmalad.com

Richard E. Shevitz
COHEN & MALAD LLP
rshevitz@cohenandmalad.com