# EXHIBIT 2

# DECLARATION OF

# JOHN A. YANHUNIS

# AND EXHIBITS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ROBERT D. BRADY JR. and RACHEL MEGQUIER, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Civil Action No. 1:17-cv-1313 |
| SCOTTY'S HOLDINGS LLC, DUE NORTH HOLDINGS, LLC, and A POTS AND PANS PRODUCTION, LLC | ) ) ) ) ) | |
| Defendants. | ) | |

---

**DECLARATION OF JOHN A. YANCHUNIS IN SUPPORT OF
PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

---

I, John A. Yanchunis, pursuant to section 1746 of title 28 of the United States Code, declare as follows:

1.     I lead the National Consumer Class Action section of Morgan & Morgan's Complex Litigation Group.  Morgan & Morgan is among the largest, if not the largest, exclusively plaintiffs law firms in the United States, employing over 400 lawyers and 2,000 support staff, who serve consumers in over 50 offices in Alabama, Arkansas, Georgia, Florida, Mississippi, Kentucky, Tennessee, Massachusetts, Pennsylvania and New York.

2.     While Morgan & Morgan's Complex Litigation Group draws its expertise from fifteen attorneys supported by skilled paralegals, retired FBI agents who work in the department as investigators, and state-of-the-art technology, the Group benefits from the vast experience,

1

commitment, and resources of the entire firm. In particular, one of the Group's former FBI agents—who was the agent in charge of the FBI's investigation of ENRON and who retired from senior management with the Bureau—leads the investigative team of the Group. These investigators, who have investigated cyber-crime during their respective careers in the FBI, are unique assets available to the prosecution efforts of the firm and will play an important role in the factual investigation of this case.

3.      My practice—which began after completing a two-year clerkship with United States District Judge Carl O. Bue, Jr., Southern District of Texas—has concentrated on complex litigation and spans over 35 years, including consumer class actions for more than two-thirds of that time. I have represented consumers in numerous privacy rights and data-breach cases, beginning with *In re DoubleClick Inc. Privacy Litigation*, No. 00-cv-0641-NRB (S.D.N.Y.), a seminal and formative privacy class action that settled in 2002 and involved DoubleClick's use of cookies to track the private activities of internet users. I also served as co-lead counsel in the successful prosecution and settlement of perhaps the two the largest class action cases in the United States: *Fresco v. Automotive Directions, Inc*., No. 03-61063-JEM (S.D. Fla.), and *Fresco v. R.L. Polk*, No. 07-cv-60695-JEM (S.D. Fla.). These cases involved the advocacy for and protection of the important privacy rights of a class comprising over 225 million individuals throughout the United States and its territories. My role as co-lead counsel in these cases is particularly noteworthy because they targeted the world's largest data and information brokers, including Experian, R.L. Polk, Acxiom, and Reed Elsevier (which owns Lexis/Nexis), which were defended by the largest law firms in the country. These cases successfully protected the privacy rights of consumers.

4.    I also served as co-lead counsel in the successful resolution of the following privacy, non-data-breach class actions: *Davis v. Bank of America*, No. 05-cv-80806 (S.D. Fla.) ($10 million common fund), *Kehoe v. Fidelity Federal Bank and Trust*, No. 03-cv-80593 (S.D. Fla.) ($50 million common fund), and *Pino v. Warranty Acceptance Corporation*, No. 05-cv-61576 (S.D. Fla.).

5.    I have achieved noteworthy results in the settlement of a series of data breach cases. For example, I served as co-lead counsel in the MDL case *In re The Home Depot, Inc. Customer Data Security Data Breach Litigation*, No. 1:14-md-02583-TWT (N.D. Ga.) (consumer class cases) which was settled for $ 19.5 million, and lead counsel or co lead counsel in the following data-breach class cases: *Burrows v. Purchasing Power, LLC*, No. 1:12-cv-22800 (S.D. Fla.); *Elyzabeth Ramirez v. ChenMed, LLC*, No. 14-12319-CA-04 (Fla. 11th Cir. Ct.); *Carsten v. University of Miami*, No. 1:14-cv-20497-KMW (S.D. Fla.); *John Doe v. Tampa General Hospital,* No. 14-CA-012657 (Fla. 13th Cir. Ct). The settlement of these cases provided (or in the case of those settlements pending approval, will provide) substantial monetary and injunctive relief to class members.

6.    I currently serve on the Executive Committee overseeing the consumer class, the financial institution class, and the shareholder derivative litigation pending against Target Corporation—one of the largest data-breach cases to date—in *In re Target Corporation Customer Data Security Breach Litigation*, MDL No. 2522 (D. Minn.). As a member of the Overall Executive Committee, I also served on the Executive Committee of the consumer class case and assisted in its prosecution and the negotiation of a class settlement. The settlement in the Target consumer litigation, which received final court approval in 2015 (now on appeal, oral

3

argument has been held), provides a $10 million non-reversionary fund for distribution to consumers and important equitable relief to protect consumers' privacy rights.

7.    I am also lead counsel in the largest data breach case ever filed involving an estimated 1.4 billion consumers around the globe *In re: Yahoo! Inc. Customer Data Security Breach Litigation, No. 16-MD-02752-LHK (N.D. Cal.),*  I was appointed and presently serve on the Plaintiffs' Steering Committee in *In Re Equifax, Inc. Customer Data Security Breach Litigation*, 1:17-md-2800 (N.D. Georgia); and, lead counsel  in a payment card data breach case of *Torres v. Wendy's International , LLC*, No. 6:16-cv-210 (M.D. Fla.).

8.    I presently serve as lead counsel in two cases involving employee W-2 disclosures such as the case at hand - *Linnins v. TIMCO Aviation Services, Inc.,* 16-cv-486 (M.D.N.C.) and *Albert v. School Board of Manatee County, Florida*, No. 17-CA-004113 (Fla. 12th Circ. Ct). In both cases, preliminary approval has been entered and a fairness hearing scheduled.

9.    In 2017, my firm was contacted by Robert Brady, one of the named Plaintiffs in this Action. The other named Plaintiff was initially represented by my co-counsel who filed this case with me.

10.    Throughout my involvement in the Action, my firm has maintained contact with Mr. Brady regarding the prosecution of this Action.  We have discussed this Action, the issues involved in the Action and the overall strategy together.  We have also consulted with Mr. Brady in advance of our mediation and discussed the settlement parameters to resolve this case, which he approved before we reached an agreement with Defendant.

11.    Plaintiffs have been at the helm of this Action at all times.  They were, and continue to be, focused on the advancement of the interests and claims of the Class over their

own interest, and they have always been concerned about obtaining a result that was best for the Class.

12.     The settling parties met before Judge Wayne R. Andersen (Ret.) of Judicial Arbitration and Mediation Services, Inc., to explore the potential resolution of the claims on a class-wide basis.  After a full day of mediating, and with the assistance of Judge Andersen, the settling parties agreed in principle to a class-wide resolution of this Action.  The resolution was prompted by the settling parties' desire to avoid the burden, expense and uncertainties inherent to protracted litigation, and to put to rest any and all claims or causes of actions that have been, or could have been, asserted against Defendant arising out of the claims contained in the complaint.

13.     Through the settlement process and before finally entering the Stipulation of Settlement, Class Counsel and I carefully weighed with Plaintiffs: (1) the benefits to Plaintiffs and the Class under the terms of this Stipulation of Settlement; (2) the range of the results in other settlements reached in similar litigation, including that there was a statutory cap on damages; (3) the attendant risks and uncertainty of litigation, especially in complex cases such as this Action where certification is by no means a given and would be challenged if litigated and appealed if the court certified the Class; (4) the difficulties and delays inherent in such litigation in the event that Defendant were to seek appellate review of the Court's Final Judgment, in the event Plaintiff and the Class are successful at trial; (5) Defendant's vigorous defense of the litigation and continued denial of the claims contained in the complaint (including certification); (6) the desirability of consummating this Settlement, to ensure that the Class received a fair and reasonable settlement, without punishing Defendant; and (8) providing Plaintiffs and Class Members prompt relief.

14.     After the mediation, the settling parties continued to communicate with one another regarding the work needed to turn the agreement into the Settlement Agreement and to draft and agree upon all the documents necessary to implement the Settlement, such as the wording of the class notice, and the creation of the form of notice to be sent to Class Members.

15.     In the Settlement Agreement, the settling parties agreed to a settlement of this Action that would involve the claims of the Class. The Settlement was reached after an extensive arm's length negotiation among Class Counsel and Counsel for the Defendant with the assistance of a highly experienced mediator.  There was nothing collusive about of the settlement negotiations or the ultimate Settlement reached.  Moreover, the parties have agreed that the cost of the notice and costs of claims administration will be separate from the fund to be made available to pay the claims and provide the relief to class members and Settlement Class Members are not responsible for these fees, costs, or expenses.

16.     In light of the issues faced, the proposed Settlement provides significant benefits for Settlement Class Members that they otherwise may not receive, including benefits paid in addition to the maximum recovery allowed by statute.   The Settlement Agreement is subject to the approval and determination by the Court as to the fairness, reasonableness and adequacy of the Settlement, which, if approved, will result in the dismissal of the Action with prejudice.  It is my opinion that the Settlement achieves a result which is more than fair, reasonable and adequate.

17.     Throughout the litigation, the Plaintiffs did everything that was required to represent the interests of the Class. Each of them provided information regarding the damages they suffered because of the Data Disclosure.  They remained in contact with Class Counsel,

6

promptly responding to inquiries for further information and communicating with Class Counsel to keep apprised of the status of the litigation.

18.    The attorneys proposed by the Plaintiffs to be appointed as Class Counsel are qualified, experienced, and generally able to conduct the litigation.  With respect to the adequacy of Class Counsel, they have invested considerable time and resources into the prosecution of this action.  Class Counsel have a wealth of experience in litigation complex class action lawsuits, including data breach cases, as set forth in their respective firm biographies attached hereto as composite Exhibit A.  These attorneys have decades of experienced leading and managing consumer class actions and complex litigation like this, extensive knowledge of all applicable case law, and sufficient resources committed to the Class.  Further, proposed Class Counsel have diligently investigated and prosecuted the claims in this matter, have dedicated substantial resources to the investigation and litigation of those claims, and have successfully negotiated the Settlement of this matter to the benefit of Plaintiffs and the Settlement Class. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of May, 2018 at Tampa, Florida.

/s/ John A. Yanchunis
JOHN A. YANCHUNIS, ESQ.

7

# EXHIBIT A TO DECLARATION OF JOHN A. YANHUNIS: CLASS COUNSEL BIOS



Morgan & Morgan is a leading civil trial law firm representing accident and injury victims as well as consumers and commercial clients nationwide. With over 300 lawyers, and more than 1,500 non-lawyer employees, Morgan & Morgan is the largest plaintiffs' firm in the state of Florida and one of the largest in the nation. Morgan & Morgan's principal office is in Orlando, Florida, with fully staffed offices throughout Florida and in Alabama, Georgia, Kentucky, Mississippi, Tennessee, and New York. Morgan & Morgan's attorneys handle litigation on a contingent basis, which includes all manner of personal injury claims, including workers' compensation, medical malpractice, nursing home abuse, product liability, slip and fall, denial of insurance benefits, Americans with Disabilities Act claims, employment discrimination claims, collection harassment, Social Security claims, and general negligence.

In addition, Morgan & Morgan has a dedicated Complex Litigation Group staffed with lawyers, paralegals, and investigators committed to representing large numbers of individuals in complex litigation, MDL proceedings and class action cases throughout the country. Morgan & Morgan has assembled the following team of lawyers dedicated to representing Plaintiff and Class Members in an effort to obtain relief on their behalf:

***Scott Wm. Weinstein*** Based in Morgan & Morgan's Fort Myers, Florida office, Mr. Weinstein serves as the Managing Partner of the firm's Complex Litigation Group, which comprises three distinct practice areas around the country: Mass Torts, Qui Tam, and Consumer Class Action. Mr. Weinstein also handles cases in all three practice areas. Mr. Weinstein has broad experience and is nationally known in the areas of consumer protection, pharmaceutical and medical device litigation, and cases involving food-borne illnesses. He has served in leadership positions in many consumer class actions in state and federal courts around the country, as well as in Multi-District Litigation where he was appointed Co-Lead and Liaison Counsel in the case *In re: Denture Cream Products Liability Litigation*, MDL No. 2051 (Southern District of Florida) and appointed to Plaintiffs' Steering Committees in numerous cases, including *In re: Heparin Products Liability Litigation*, MDL No. 1953 (Northern District of Ohio); *In re: Digitek Products Liability Litigation*, MDL No. 1968 (Southern District of West Virginia); *In re: Total Body Formula Products Liability Litigation*, MDL No. 1985 (Northern District of Alabama); *In re: Bayer Corp. Combination Aspirin Products Marketing and Sales Practices Litigation*, MDL No. 2023 (Eastern District of New York); *In re: Chinese-Manufactured Drywall Products Liability Litigation*, MDL No. 2047 (Eastern District of Louisiana), and, most recently, *In re Black Farmers Discrimination Litigation*, Misc. No. 08-ML-0511-PLF (District Court for the District of Columbia).

Mr. Weinstein was educated at the University of Florida, earning a B.S. degree in 1982 and a Juris Doctorate degree in 1985.  He was inducted into Florida Blue Key while at the University of Florida.  He currently serves as a member of the Florida Bar Board of Governors.  He is Past President of the Lee County (Florida) Bar Association, Past Chair of The Florida Bar Grievance Committee "A," Twentieth Judicial Circuit, a member of the Twentieth Judicial Circuit Peer Review Committee, and Past President of the Naples/Fort Myers Chapter, American Board of Trial Advocates ("ABOTA").   Mr. Weinstein is "AV" rated by Martindale-Hubbell; and in 2009 and 2010, he was selected as a member of the "Florida Legal Elite."

*Michael Goetz*    Mr. Goetz practices in Morgan & Morgan's Tampa, Florida office. After graduating with honors from the University of Florida's College of Law in 1992, Mr. Goetz joined the international law firm of Holland & Knight LLP where his practice focused on the defense of claims involving product liability, medical negligence, and general liability, as well as complex commercial litigation matters. He became a Partner in the firm on January 1, 2000.  In 2002, Mr. Goetz joined Morgan & Morgan, P.A., where his practice shifted to the prosecution of personal injury and wrongful death claims on behalf of individuals and consumer classes. He has represented hundreds of clients of the firm in cases involving automobile and premises liability, nursing home neglect and abuse, and environmental torts. Moreover, Mr. Goetz handles mass tort actions for the firm nationwide, including product liability claims involving recalled pharmaceuticals and medical devices.  He was appointed to the Plaintiffs' Steering Committee in the case of *In Re: Total Body Formula Products Liability Litigation*, MDL No. 2051 (Northern District of Alabama) and he currently holds PSC subcommittee positions in a number of ongoing MDL's.

Mr. Goetz is "AV" rated by Martindale-Hubbell. In 2004, 2005, 2006, 2007, and 2008, he was designated by *Florida Trend's Magazine* as a "Florida Legal Elite" in the field of Civil Trial, and in 2007, 2008, 2009, and 2010, he was designated by *Law & Politics Magazine* as a Florida "Super Lawyer" in the field of personal injury.

Mr. Goetz was admitted to The Florida Bar in 1992.  He is currently an active member in the American Association for Justice, The American Trial Lawyers Association, and the Hillsborough County Bar Association.  Mr. Goetz earned his B.A. degree, *magna cum laude*, from Emory University in 1989, and was inducted into the Phi Beta Kappa Honor Society.

*John A. Yanchunis*   Based in Morgan & Morgan's Tampa, Florida office, Mr. Yanchunis leads the firm's National Consumer Class Action and Mass Tort Divisions, and focuses his practice on consumer class action litigation.  Prior to joining Morgan & Morgan in 2011, Mr. Yanchunis was a senior partner at James, Hoyer, Newcomer & Smiljanich & Yanchunis, P.A., where he managed the firm's nationwide consumer class action department.  Before entering private practice, Mr. Yanchunis was a law clerk for the Honorable Carl O. Bue, Jr., a United States District Judge in Houston, Texas.

Highly regarded nationally for his extensive involvement in class action cases, Mr. Yanchunis has served as co-lead counsel in the successful prosecution of two of the largest class action cases in the United States: *Fresco v. Automotive Directions, Inc.,* Case No. 03-61063-JEM, and *Fresco v. R.L. Polk*, Case 0:07-cv-60695-JEM (Southern District of

- 2 -

Florida).  Additionally, he has served as lead, co-lead, or class counsel in numerous class actions in a wide variety of areas affecting consumers, including but not limited to anti-trust, defective products, life insurance, annuities and unfair and deceptive practices. Throughout his career, Mr. Yanchunis has practiced complex litigation; recently he litigated to a successful conclusion a claim for an employee against her employer under Sarbanes Oxley.

As outside counsel, Mr. Yanchunis has represented the Florida Department of Financial Services and the Florida Department of Insurance Regulation (the insurance regulators in the state of Florida) in their investigations of the insurance industry over issues concerning possible anti-trust activity and other possible unlawful conduct regarding the payment of undisclosed compensation and commissions to insurance brokers.  Many of these investigations yielded millions of dollars in restitution for Florida consumers and significant changes in the way commercial insurance is sold in the state of Florida.

Mr. Yanchunis has represented The Florida Bar in many capacities, including as special counsel in the prosecution of individuals for The Unauthorized Practice of Law and as follow-up in direct criminal contempt proceedings.  He has argued before the Florida Supreme Court on behalf of The Florida Bar on a number of occasions, including the following cases:  *In re Amendments to the Rules Regulating The Florida Bar and the Florida Rules of Judicial Administration*, 907 So. 2d 1138, 30 Fla. L. Weekly S351 (Fla. May 12, 2005)(NO. SC04-135); *Florida Bar re Revisions to Simplified Forms, Pursuant to Rule 10-2.1(a) of the Rules Regulating The Florida Bar*, 774 So. 2d 611, 25 Fla. L. Weekly S570 (Fla. July 13, 2000)(NO. SC902023); *The Florida Bar v. Eubanks*, 752 So. 2d 540, 24 Fla. L. Weekly S304 (Fla. June 24, 1999)(NO. 91,084); *The Florida Bar re Advisory Opinion on Nonlawyer Representation in Securities Arbitration*, 696 So.2d 1178, 22 Fla. L. Weekly S388 (Fla. July 03, 1997)(NO. 89,140); *The Florida Bar re Advisory Opinion Activities of Community Ass'n Managers*, 681 So. 2d 1119, 21 Fla. L. Weekly S328 (Fla. July 18, 1996)(NO. 86,929); *The Florida Bar re Amendments to Rules Regulating The Florida Bar* (Proceedings Before a Referee), 685 So. 2d 1203, 21 Fla. L. Weekly S291 (Fla. June 27, 1996)(NO.87,132); *The Florida Bar v. Schramek*, 670 So. 2d 59, 21 Fla. L. Weekly S51 (Fla. Feb. 01, 1996)(NO. 83,873); *The Florida Bar v. Schramek*, 616 So. 2d 979, 18 Fla. L. Weekly S243 (Fla. Apr. 15, 1993)(NO. 77,871).

Mr. Yanchunis is actively involved in his profession.  He is a former member (1997-2002) of The Florida Board of Bar Examiners (FBBE) and is presently an Emeritus Member.  He served on many subcommittees of the FBBE including the Committee on Character and Fitness in which he was a member (1998-2000) and Chair (2000-present), the Committee on Petitions where he was a member (1998-1999) and Chair (1999-2000), the Committee on Budget (1999-present), the Committee on Questions (1998-present), the Committee on Abstracts of Practice in which he was a member (1999-present) and Chair (2000-present), and Examination Grading (July 2000).

Mr. Yanchunis is involved in many other activities with The Florida Bar.  He served as a member of the Board of Directors for The Florida Bar Foundation (2003-2006), and is a Fellow of The Florida Bar Foundation.  He served as Chairman of the Special Commission on Multi-Jurisdictional Practice (2001-2005), and was a member of the Special Committee on the Enhancement of the Practice of Law (1997-1998).  Mr. Yanchunis was a member of the Board of Governors (BOG) of The Florida Bar (1999-2003), and was engaged in many subcommittees of the BOG, including the Budget

Committee (2000-2003), Multi-Disciplinary Practice Committee (1999-2002), and Board Review Committee on Professional Ethics (1999-2002). He has served on the 6th Circuit Pro Bono, Ethics Committee (1997-1999), Standing Committee on Simplified Forms in which he was a member (1996-1998), Vice Chairperson (1998-1999), and the Task Force on the Unlicensed Practice of Law (1996). Mr. Yanchunis has served as Chairperson (1995-1997), Vice Chairperson (1994-1995), and a member (1990-1994) of the Standing Committee on the Unlicensed Practice of Law. Mr. Yanchunis is a former member of the Standing Committee on Professionalism (1991-1993), the Continuing Legal Education Committee (1991-1992), the Public Relations Committee (1989-1990), and the Board of Governors of Young Lawyers Division of The Florida Bar, Sixth Circuit Representative (1988-1992). He was a member (1985) and the Chairperson (1986-1995) of the 6A Circuit Committee for the Unlicensed Practice of Law and the Chairperson of the 6B Circuit Committee (1995). Presently, he is a member of the Supreme Court of Florida's Judicial Management Council (2008-present) and the Consumer Protection Law Committee (2009-present).

Mr. Yanchunis was a member of the St. Petersburg Bar Association (1996-2005) and served on its Executive Committee (1996-1998 and 2003-2005). He was also a member of the St. Petersburg Law Library Board of Trustees (1997-1998), and of the Sixth Circuit Committee on Professionalism. Presently he is a member of the Community Law Program of the St. Petersburg Bar Association.

In the community, Mr. Yanchunis served as a member of the Elder Law Board, College of Law and the Center for Excellence in Elder Law at Stetson University College of Law (2003-2008), served as Vice President of the St. Vincent de Paul Society, St. Petersburg Downtown Conference (2001), was a National Council Member and Council Representative for the Boy Scouts of America (2005-2007), served in the West Central Family Council of the Boy Scouts of America as Council President (2005-2007), and was the Skyway District Chairman (2003-2004). Mr. Yanchunis presently serves as a member of the Executive Committee of the West Central Florida Council of the Boy Scouts of America. For his services as a Boy Scout Leader, Mr. Yanchunis received the Silver Beaver award in 2006 and the District Award of Merit for the Skyway District in 2005.

Mr. Yanchunis served on the Board of Directors of the FBI Tampa Bay Citizens' Academy Alumni Association; he completed Leadership St. Pete, sponsored by the St. Petersburg Chamber of Commerce.

Mr. Yanchunis is a member of The Florida Bar (admitted in 1981) . Additionally, he is admitted to the United States Supreme Court; the United States Courts of Appeal for the Fifth, Sixth, Seventh, Ninth, and Eleventh Circuits; the United States District Court for the Southern, Northern, and Western Districts of Texas; the United States District Court for the Eastern and Western Districts of Wisconsin; the United States District Court for the Middle and Southern Districts of Florida; the United States District Court for the Eastern District of Michigan; the United States District Court for the Western District of Kentucky; the United States District Court for the Northern District of Illinois; the United States District Court of Connecticut; and the United States District Court of Colorado.

Martindale-Hubbell honored Mr. Yanchunis with the prestigious "AV" rating. This is the highest rating attainable and is based upon evaluation by judges and other attorneys. In 2005, the Elder Law Section of the Florida Bar awarded Mr. Yanchunis' law firm its

Chair's Honor Award for Mr. Yanchunis' handling of a class action against the state of Florida for violations of federal law in failing to deliver a benefit under Medicaid to appropriate 41,000 elderly residents of nursing homes in Florida. He also received The Florida Bar Foundation's "President's Award for Excellence" in 2010. The President's Award for Excellence recognizes outstanding leadership in promoting the Foundation's mission to provide legal assistance for the poor. He was selected to Florida Super Lawyers in 2009 and 2010.

While at the University of Florida Mr. Yanchunis was a member of Florida Blue Key and Omicron Delta Kappa. He received his Juris Doctor degree from the South Texas College of Law in 1980, where he graduated *magna cum laude*. During law school, Mr. Yanchunis was a member of the Order of the Lytae, Associate Editor-in-Chief and Technical Editor of the *South Texas Law Journal*.

***James D. Young***    Though born in Boston, James was raised and educated in Florida. After a successful career as Special Counsel to the Florida Attorney General's office, James joined the firm's complex litigation unit focusing on qui tam whistleblower cases nationwide. James has broad experience and is nationally known in the areas of consumer protection, health fraud, and pharmaceutical litigation. He has served in leadership positions in numerous multistate Attorney General investigations including starting and co-leading the largest consumer protection drug settlement to date, In Re Risperdal. He was appointed co-lead of the government plaintiffs group in the Vioxx Multi-District Litigation and served as lead of several litigation subcommittees.

In addition to his responsibilities as an attorney, James is a regular contributor to the Morgan & Morgan Complex Litigation Group's whistleblower blog.

***Rachel L. Soffin***    Ms. Soffin practices in the area of consumer class action litigation in Morgan and Morgan's Tampa office. Ms. Soffin has prosecuted numerous state and federal class actions involving product manufacturers and retailers, deceptive trade practices, privacy violations, and insurance and banking disputes. Prior to joining Morgan & Morgan, Ms. Soffin served as in-house counsel for one of Florida's largest employee leasing companies.

Ms. Soffin obtained her undergraduate degree in Finance, with honors, from The Florida State University. While in college, Ms. Soffin worked at the Florida Legislature for three sessions, where she worked closely with government leaders. Ms. Soffin earned her law degree from Stetson University College of Law, *cum laude*, where she served as a Digest Writer on the *Stetson Law Review*, in which she was published multiple times.

Ms. Soffin is admitted to practice in the state courts of Florida and Georgia, and in the United States District Court for the Middle District of Florida, the United States District Court for the Southern District of Florida, and the United States District Court for the Northern District of Georgia. Ms. Soffin has been designated by *Super Lawyers* as a "Florida Rising Star" in the fields of Class Actions and Mass Torts (2011-2013).

***Jonathan B. Cohen***    Mr. Cohen practices in Morgan & Morgan's Tampa,

Florida office.  As a member of the firm's Complex Litigation Group, Mr. Cohen focuses on consumer class action litigation.  Before joining Morgan & Morgan in 2013, Mr. Cohen was a partner at James, Hoyer, Newcomer & Smiljanich, P.A., a firm specializing in the prosecution of nationwide consumer class actions and whistleblower (*qui tam*) complaints.  Mr. Cohen has prosecuted a number of state and federal consumer class actions, including cases against banks, mortgage companies and insurance companies alleging violations of the Florida Deceptive and Unfair Trade Practices Act, the Fair Credit Reporting Act and the forced-placement of insurance.  He has also prosecuted class actions against for-profit colleges alleging deceptive trade practices, against counties alleging the improper taxation of landowners and against major corporations alleging employment discrimination.  Mr. Cohen was appointed by the court as class counsel in the case of *Ownby, et al. v. Citrus County, Florida, et al.*, Case No. 2004-CA-1840 (Florida 5th Circuit Court, Citrus County).  He also served as counsel for the court-appointed receiver in the matter of *Wiand v. Wells Fargo Bank, et al.*, Case No. 8:12-cv-557-T-27EAJ (Middle District of Florida).

Mr. Cohen earned his Bachelor of Arts degree in Journalism from Indiana University in 1996.  Following a career in marketing and advertising, he relocated from Chicago, Illinois to St. Petersburg, Florida, where he attended Stetson University College of Law and earned his Juris Doctor degree in 2005.  During his tenure at Stetson, Mr. Cohen was an intern for the State Attorney's Office (Economic Crimes Unit), the Thirteenth Judicial Circuit, Hillsborough County (2004), and for the Honorable David A. Demers, Sixth Judicial Circuit of Florida (2004).  He earned the book award  for Consumer Protection (2004) and served as a research assistant to Professor Mark Bauer (2004-05).

Mr. Cohen is a member of the Florida Bar and the Florida Bar Foundation.  He is admitted to practice in the U.S. District Court for the Middle District of Florida, the U.S. District Court for the Western District of Texas, the U.S. District Court for the Western District of Wisconsin, U.S. District Court for the District of Colorado and the U.S. Courts of Appeal for the First, Fifth and Eleventh Circuits.

***Marcio W. Valladares***    Born in Managua, Nicaragua, Marcio Valladares emigrated to the United States during Nicaragua's civil war. In 1990, Marcio obtained a Bachelor of Science degree in psychology from the University of Florida. In 1993, he obtained his Juris Doctor degree, *magna cum laude*, from Florida State University. He is pursuing a Masters in Law (LL.M.) degree from Columbia University, focusing his studies in federal and comparative law.

Before joining Morgan & Morgan, Marcio worked in both the public and private sectors. For five years, he served as a judicial law clerk to the Honorable Steven D. Merryday, United States District Judge, Middle District of Florida. For two years, he served as a judicial law clerk to the Honorable Susan H. Black, United States Circuit Court Judge, Court of Appeals for the Eleventh Circuit. For five years, Marcio served as an Assistant United States Attorney for the Middle District of Florida. In the private sector, Marcio practiced commercial litigation and insurance defense at Holland & Knight LLP. Marcio also worked as in-house counsel for the Mayo Clinic.

Marcio served on the Florida Bar's Grievance Committee in Orange County (2011-2012) and was the Judicial Relations Chair for the Hispanic Bar Association of Central Florida (2009-2012).Marcio is fluent in English and Spanish. He brings his diverse experience and vantage to Morgan & Morgan's Complex Litigation Group.

***Patrick A. Barthle, II***   Patrick Barthle was born and raised in Dade City, Florida. He attended the University of Florida where he was admitted to the Honors Program and graduated, cum laude, with a double major in History and Criminology. While at UF, Patrick was inducted into the Phi Beta Kappa Honor Society and served as President of the Catholic Student Center.

Patrick attended Washington and Lee University School of Law, graduating *summa cum laude*; Patrick was a Lead Articles Editor for the Wash. & Lee Law Review, a member of the Order of the Coif and the Phi Delta Phi Legal Honor Society, and President of the W&L Law Families student organization.

Before joining Morgan & Morgan, Patrick worked at one of the country's largest law firms, Greenberg Traurig, LLP, and then served as a judicial law clerk for two years to the Honorable Mary S. Scriven, United States District Judge, Middle District of Florida.

Patrick now practices in Morgan & Morgan's Complex Litigation Group where he focuses on consumer class action and whistle-blower litigation.

***Marisa Glassman***   Marisa Glassman is an attorney in the Firm's Complex Litigation Group. Her practice focuses on class action litigation. She is resident in the Tampa office.

Previously, Ms. Glassman was an associate with Sullivan & Cromwell LLP in New York where she had a wide-ranging civil litigation and regulatory enforcement practice.

Ms. Glassman graduated *magna cum laude* from Georgetown University earning her degree in International Politics. Ms. Glassman received her law degree from Rutgers School of Law—Newark. During law school she excelled as a Norman Samuels Fellow, Kinoy/Stavis Fellow, and a Dean's Merit Scholar. Ms. Glassman acted as the business editor for the *Rutgers Law Review* and as a Legal Research and Writing Teaching Assistant. She graduated *magna cum laude*, Order of the Coif, and was awarded for Outstanding Scholastic Achievement.

Following law school, Ms. Glassman served as a law clerk to the Honorable Virginia Long, New Jersey Supreme Court.

Ms. Glassman is licensed to practice in Florida, New York, and New Jersey.

Law Office of Paul C. Whalen, P.C.

768 Plandome Road

Manhasset, NY 11030

Tel: (516) 426-6870

Fax: (212) 658-9685

Paul C. Whalen is a member of the New York State Bar, admitted to practice in New York before both the Eastern and Southern United States District Courts, before the United States Court of Appeals for the Second Circuit and admitted to practice before the United States Supreme Court. He received his law degree from Brooklyn Law School and a Bachelor of Science in Political Science from New York University. He is a member of the Federal Bar Counsel and the Sedona Conference. Mr. Whalen specializes in all aspects of class action litigation practice with focus on consumer fraud class actions and privacy rights cases.

Over the past two decades, Mr. Whalen has served as lead or co-counsel in Capital One Bank Consumer Fee Litigation, Washington Mutual Bank Consumer Fee Litigation and Astoria Federal Savings and Loan Consumer Fee Litigation. These three bank fraud class action settlements have returned to consumers over $40 million dollars of illegally collected bank fees. Mr. Whalen has also settled a putative class action against Nikon Corporation before Judge Wexler.

Mr. Whalen has served as co-lead counsel in Cambridge Credit Counseling Consumer Litigation, a case that yielded a judgment of $256,527,086 to victims of credit card scams. Mr. Whalen has also served as co-lead counsel in the class arbitration styled Genus Credit Management Consumer Class Arbitration, a credit consolidation fraud case that settled for over $10 million.

Mr. Whalen has served as lead or co-counsel in Quest Diagnostics Consumer Litigation [a medical billing fraud class action], Title Insurance RESPA Litigation [bank and title company fee fraud] and Dow Jones Online Subscriber Consumer Litigation. He is counsel in the American Express Antitrust Litigation and was counsel in Playmobil Antitrust Litigation.

Mr. Whalen served as sole lead class counsel for the settlement class in Peck v. AT&T Wireless Services, Inc., settled 2002 in the Commercial Division of the New York State Supreme Court. The New York Law Journal highlighted the settlement in its "Case of the Day" column on August 1, 2002. The court approved settlement of a class action involving consumers from three states who contracted with AT&T Wireless for cell phone service. The suit alleged that defendant improperly credited calls causing plaintiff and the class to lose the benefit of weekday minutes included in their calling plans by deceptive practices and false advertising.

For the settlement, Mr. Whalen brought on former New York State Attorney General G. Oliver Koppell. In approving the settlement Justice Karla Moskowitz (now Associate Justice on the Appellate Division, First Department) stated: "Class counsel

have extensive experience in the litigation of complex consumer class actions and have spent considerable time and effort investigating the claims in this case."

In the Peck action, Mr. Whalen negotiated a settlement worth over $35 million for a class of 900,000 consumers (with only 0.06% of the class as opt-outs) in New York, New Jersey and Connecticut under GBL § 349, the NY Consumer Fraud statute. The class received an hour of free airtime or a 180-minute AT&T long-distance calling card. In complimenting the settlement, Justice Moskowitz stated, "After intense negotiation … [t]he Settlement provides significant benefits to the Class. Indeed, about 74% of the Class will receive more minutes than they lost…. This means that the majority of the Class is actually being overcompensated."

In 2004, Mr. Whalen. as lead class counsel, again brought the former NY Attorney General as counsel on McAnaney v. Astoria Financial. In McAnaney, Judge Bianco remarked during the preliminary approval settlement hearing "the lawyering in this case has been at an exceptionally high caliber…." McAnaney, Preliminary Approval Hearing Tr. at 12 (Sept. 13, 2010).

While in law school, Mr. Whalen practiced at the NY Department of Law Antitrust Bureau and the Surrogate's Court of King's County. Mr. Whalen was the founding partner in the firm of Whalen & Tusa, P.C. and an associate at the firm of Zwerling, Schachter, Zwerling & Koppell, LLP. Before becoming a lawyer, Mr. Whalen was a licensed stockbroker with both Bear Stearns and PaineWebber, and a bank analyst with Banco Santander. He was also a money market and commercial paper desk assistant at Nomura Securities.

### ANTITRUST CASES

***In Re: Dental Supplies Antitrust Litigation***
Johnnidis v. Benco Dental Supply Co. et al., Case No. 2:16-cv-00906-BMC-GRB (E.D.N.Y. 2016)

***In Re: Treasury Securities Auction Antitrust Litigation***
Central Laborers Pension Fund et al v. Bank of Nova Scotia, New York Agency et al., Case No. 1:15-cv-7631-PGG (S.D.N.Y. 2015)

***In Re: Photochromic Lens Antitrust Litigation***
Sternemann et al. v. Transitions Optical Inc., Case No. 2:10-cv-03853 (E.D.N.Y. 2010)

***In Re: American Express Antitrust Litigation***
Chez Noelle Restaurant v. American Express Company et al., Case No. 1:04-cv-00266-GBD (S.D.N.Y. 2004)
Mims Enterprises, Inc., d/b/a Mims Restaurant v. American Express Company et al., Case No. 1:04-cv-01588-GBD (S.D.N.Y. 2004)

***In Re: Playmobil Antitrust Litigation***
Steffen v. Playmobil, Case No. 1:96-cv-02896 (S.D.N.Y. 1996)

## CONSUMER FRAUD CASES

White v. Lawyer.com, LLC et al., Case No. 1:16-cv-6617-WHP (S.D.N.Y. 2016)

Gould v. Helen of Troy Ltd. et al., Case No. 1:16-cv-2033-GBD (S.D.N.Y. 2016)

McLeod et al v. Valve Corporation et al., Case No. 2:16-cv-1227-JCC (W.D. Wash. 2016)

***In Re: Daily Fantasy Sports Litigation***
Johnson v. FanDuel, Inc. et al., Case No. 1:15-cv-7963-GHW (S.D.N.Y. 2015)
Halperin et al v. FanDuel Inc. et al., Case No. 1:15-cv-9725-VSB (S.D.N.Y. 2015)
Franco v. FanDuel Inc. et al., Case No. 1:15-cv-9902-GBD (S.D.N.Y. 2015)
Berg v. FanDuel, Inc. et al., Case No. 1:15-cv-08612-WHP (S.D.N.Y. 2015)

***In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation***
Millington et al. v. Volkswagen Group of America, Inc. et al., Case No. 3:15-cv-05910-CRB (N.D. Cal. 2015)

***In Re: Educational Testing Service June 6, 2015, SAT Printing Error Litigation***
Ellinghaus v. Educational Testing Service et al., Case No. 2:15-cv-03442 (E.D.N.Y. 2015)

***In Re: Kind LLC "All Natural" Litigation***
O'Brien v. Kind, LLC, Case No. 1:15-cv-03699-WHP (S.D.N.Y. 2015)

Nick et al. v. Target Corporation, Case No. 2:15-cv-04423-LDW-GRB (E.D.N.Y. 2015)

***In Re: Nutek Baby Wipes Products Liability Litigation***
Jones v. Wal-Mart Stores, Inc. et al., Case No. 2:14-cv-06305-LDW-ARL (E.D.N.Y. 2014)

Wynn v. Nikon, Inc., Case No. 2:14-cv-06268-LDW-SIL (E.D.N.Y. 2014)

Kahn v. BMW of North America, LLC, Case No. 2:14-cv-02463-ADS-AYS (E.D.N.Y. 2014)

Feliciano v. General Motors Company, Case No. 1:14-cv-06374-AT (S.D.N.Y. 2014)

Dash v. Seagate Technology (US) Holdings, Inc., Case No. 2:13-cv-06329-LDW-AKT (E.D.N.Y. 2013)

Jones, et al. v. Genus Credit Management Corporation, et al., Case No. JFM 11-CV-2192 (D. Md. 2011)
Jones et al. v. Genus Credit Management Corporation, et al., AAA Case No. 11 181 00295 05

Gunther v. Capital One, N.A. et al., Case No. 2:09-cv-02966-ADS-AKT (E.D.N.Y. 2009)

***Title Insurance RESPA Litigation***
Trulli v. Fidelity National Title Insurance Co. et al., Case No. 2:08-cv-04707 TCP–WDW (E.D.N.Y. 2008)
Galiano v. Fidelity National Titles Insurance Co. et al., Case No. 2:08-cv-04711-TCP–WDW (E.D.N.Y. 2008)

Lebowitz v. Dow Jones and Company, Case No. 1:06-cv-02198-MGC (S.D.N.Y. 2006)

Cassese et al. v. Washington Mutual., Inc. et al., Case No. 2:05-cv-02724-ADS-ARL (E.D.N.Y. 2005)

McAnaney et al. v. Astoria Financial Corporation et al., Case No. 2:04-cv-01101-JFB-WDW (E.D.N.Y. 2004)

***Cambridge Credit Counseling Consumer Litigation***
Zimmermann et al. v. Epstein Becker and Green, P.C. et al., Case No. 3:09-cv-30194-MAP (D. Mass. 2009)
Zimmermann et al. v. BDO Seidman, LLP et al., Case No. 3:09-cv-30190-MAP (D. Mass. 2009)
Zimmerman et al. v. Cambridge Credit Counseling Corp. et al., Case No. 3:03-cv-30261-MAP (D. Mass. 2003)
Limpert et al. v. Cambridge Credit Counseling Corporation et al., Case No. 2:03-cv-5986 (E.D.N.Y. 2003)

Agostino et al. v. Quest Diagnostics, Inc. et al., Case No. 2:04-cv-04362-SRC–MAS (D.N.J. 2004)

***In Re: Doubleclick Inc. Privacy Litigation***
Wong, et al v. Doubleclick, Inc., Case No. 1:00-cv-01253 (S.D.N.Y. 2000)

Peck v. AT&T Wireless Services, Inc., Index No. 00/601587 (N.Y. Sup. Ct. New York County 2000)

Bendall et al. v. U.S. Robotics Corp. et al., Case No. 170441 (Ca. Marin Sup. Ct. 1999)

In Re: Royal Caribbean Cruise Lines Port Charges Litigation, Case No. 96-8075 (S.D. Fl. 1999)

Cicogna v. Royal Caribbean Cruises, Ltd., Case No. 96-08075 (Fl. Cir. Ct. Dade 1996)

Brummel v. Leading Edge Products Inc., Index No. 102081196 (Sup. Ct., N.Y. Co. 1996)

### DATA BREACH CASES

*In Re: Anthem, Inc., Customer Data Security Breach Litigation*
Ames, et al. v. Anthem, Inc., et al., Case No. 1:15-cv-00465-SEB-TAB (S.D. Ind. 2015)
Nicoll v. Anthem, Inc., et al., Case No. 2:15-cv-00704 (E.D.N.Y. 2015)

Remijas v. The Neiman Marcus Group, LLC, Case No. 1:14-cv-01735 (S.D. Ind. 2014)

Bishop et al. v. Shorter University, Case No. 4:15-CV-00033-HLM (N.D. Ga. 2015)

Knoch v. Intuit, Inc., Case No. 1:15-cv-03650 (N.D. IL 2015)

*In Re: The Home Depot, Inc., Customer Data Security Breach Litigation*
O'Brien et al. v. Home Depot U.S.A., Inc. et al., Case No. 2:14-cv-05301-SJF-AKT (E.D.N.Y. 2014)

*In Re: Target Corporation Customer Data Security Breach Litigation*
Shanley et al. v. Target Corporation, Case No. 2:14-cv-00955-PAM-JJK (E.D.N.Y. 2014)

Orman v. Citibank, Case No. 1:11-cv-07086-DAB (S.D.N.Y. 2011)

*In Re: Sony Gaming Networks and Customer Data Security Breach Litigation*
Reyes v. Sony Computer Entertainment America Inc. et al., Case No. 3:11-cv-01847-AJB–MDD (S.D. Cal. 2011)
Mortensen et al. v. Sony Computer Entertainment America LLC et al., Case No. 1:11-cv-05366-PAC (S.D.N.Y. 2011)

# COHEN & MALAD, LLP
## ATTORNEYS

One Indiana Square
Suite 1400
Indianapolis, IN 46204

Phone 317-636-6481

cohenandmalad.com

# Directory

Introduction ............................................................................................... 2

Antitrust Cases ...........................................................................................3

Securities Fraud Cases................................................................................3

Consumer Protection Cases........................................................................4

Human Rights Cases ................................................................................ 10

Health Care/Insurance Cases ...................................................................10

Other Class Action Cases..........................................................................11

Attorney Biographies ...............................................................................13

1

**Introduction**

Cohen & Malad, LLP is a litigation firm founded in 1968 in part by former Indiana Attorney General John J. Dillon, former U.S. Attorney for the Southern District of Indiana Virginia Dill McCarty, and Louis F. Cohen. Our staff of nearly 30 highly skilled attorneys serves clients across multiple practice areas including: class action, mass torts and individual personal injuries, business litigation, family law, appellate law, and commercial, real estate, and business services.

Cohen & Malad, LLP enjoys an excellent reputation as one of Indiana's leading class action law firms. Over the last 25 years, the firm has served as class counsel in numerous local, statewide, nationwide, and international class actions.

The firm has successfully litigated and resolved a wide range of class action matters, serving on the executive committee in the historic litigation brought against Swiss banks on behalf of Holocaust survivors, *In re Holocaust Victim Assets Litigation*, as well as in recent antitrust actions involving the ready mixed concrete industry in Indiana and in Iowa, *In re Ready-Mixed Concrete Antitrust Litigation*, and *In re Iowa Ready-Mix Concrete Antitrust Litigation*. The firm also has extensive experience with class action litigation against Indiana state agencies, *Raab v. R. Scott Waddell, in his official capacity as Commissioner of The Indiana Bureau of Motor Vehicles et al.*, and *Moss v. Mary Beth Bonaventura, in her official capacity as Director of the Department of Child Services et al.*

Cohen & Malad, LLP possesses extensive resources, in part through its established relationships with many of the country's leading class action law firms, to vigorously prosecute class action cases of any scale.

2

**Antitrust Cases**

- *In re Bromine Antitrust Litigation*, U.S. District Court, Southern District of Indiana.
  Liaison Counsel for the class in price-fixing case. Settlement valued at $9.175 million.

- *In re Ready-Mixed Concrete Antitrust Litigation*, U.S. District Court, Southern District of Indiana.
  Co-Lead Counsel in a consolidated class action alleging a price-fixing conspiracy among all of the major Ready-Mixed Concrete suppliers in the Indianapolis area.  The total settlements provided for a recovery of $59 million, which allowed for a net distribution to class members of approximately 100% of their actual damages.

- *In re Iowa Ready-Mix Concrete Antitrust Litigation*, U.S. District Court, District of Iowa.
  Co-lead counsel in class action alleging a price-fixing conspiracy among major suppliers of Ready-Mixed Concrete in northwest Iowa and the surrounding states. Settlement totaled $18.5 million, which allowed for a net distribution to class members of approximately 100% of their actual damages.

**Securities Fraud Cases**

- *Grant et al. v. Arthur Andersen et al.,* Maricopa County Arizona, Superior Court.
  Lead counsel in class action arising from the collapse of the Baptist Foundation of Arizona, involving losses of approximately $560,000,000.00. Settlement achieved for $237 million.

- *In re: Brightpoint Securities Litigation*, U.S. District Court, Southern District of Indiana.
  Class Counsel in securities fraud action that resulted in a $5.25 million settlement for shareholders.

- *City of Austin Police Retirement System v. ITT Educational Services, Inc., et al*, U.S. District Court, Southern District of Indiana.
  Co-lead counsel in action alleging misrepresentations by defendant and certain principals concerning enrollment and graduate placement, and a failure to disclose multiple federal investigations into defendant's operations and records.

- *Beeson and Gregory v. PBC et al.,* U.S. District Court, Southern District of Indiana.
  Class Counsel in a nationwide class action with ancillary proceedings in the District of Connecticut, and the Southern District of Florida.  Multi-million dollar settlement that returned 100% of losses to investors.

- *In re: Prudential Energy Income Securities Litigation,* U.S. District Court, Eastern District of Louisiana.
  Counsel for objectors opposing a $37 million class action settlement.  Objection successfully led to an improved $120 million settlement for 130,000 class members.

- *In re: PSI Merger Shareholder Litigation,* U.S. District Court, Southern District of Indiana.
  Obtained an injunction to require proper disclosure to shareholders in merger of Public Service Indiana Energy, Inc. and Cincinnati Gas & Electric.

- *Dudley v. Ski World, Inc.,* U.S. District Court, Southern District of Indiana.
  Class counsel for over 5,000 investors in Ski World stock.  Multi-million dollar settlement.

- *Stein v. Marshall,* U.S. District Court, District of Arizona.
  Class Counsel Committee member in action involving the initial public offering of Residential Resources, Inc. Nationwide settlement achieved on behalf of investors.

- *Dominijanni v. Omni Capital Group, Ltd. et al.,* U.S. District Court, Southern District of Florida.
  Co-lead counsel in securities fraud class action.  Nationwide settlement on behalf of investors.

**Consumer Protection Cases**

- *Raab v. R. Scott Waddell, in his official capacity as Commissioner of The Indiana Bureau of Motor Vehicles et al.,* and *Raab v. Kent W. Abernathy, in his official capacity as Commissioner of The Indiana Bureau of Motor Vehicles et al.,* Marion County Indiana, Superior Court,
  Actions on behalf of Indiana drivers who had been systematically overcharged by the Indiana Bureau of Motor Vehicles for driver's licenses, registrations, and other fees. Achieved a combined total $90 million

4

recovery, after trial of second action, providing either credits or refund checks to over 4 million drivers in amounts that equaled the agreed overcharge amounts.

- *Moss v. Mary Beth Bonaventura, in her official capacity as Director of The Indiana Department of Child Services, et al.,* LaPorte County Indiana, Superior Court.
  Action on behalf of Indiana families that adopted special needs children from out of DCS foster care and who were denied an adoption subsidy payment. Achieved settlement over $15 million providing checks to benefit over 1,880 special needs children, with the average settlement check near $5,000 and a substantial number exceeding $10,000.

- *Edwards v. Geneva-Roth Capital, Inc.,* Marion County Indiana, Circuit Court.
  Action on behalf of victims of an online payday lender that charged interest rates often exceeding 1000% APR. Achieved settlement over $1 million providing checks for over 6,000 individuals, with the average settlement check near $200 and a substantial number exceeding $1,000.

- *Price v. BP Products North America Inc.,* U.S. District Court, Northern District of Illinois.
  Action on behalf of motorists that purchased contaminated gasoline recalled by BP. Achieved settlement of $7 million.

- *Landes v. Eads,* Marion County Indiana, Circuit Court.
  Settlement on behalf of class of over 1,000 elderly individuals who were sold inappropriate estate planning documents by non-lawyers.

- *Fritzinger v. Angie's List, Inc.,* U.S. District Court, Southern District of Indiana.
  Nationwide settlement on behalf of class of Angie's List subscribers whose memberships were auto-renewed at higher prices.

- *Swift et al. v. DirectBuy et al.,* U.S. District Court, Northern District of Indiana.
  Nationwide settlement providing for cash payments to purchasers of membership clubs.

5

- *Selburg v. Virtuoso Sourcing Group, LLC,* U.S. District Court, Southern District of Indiana.
  Action on behalf of individuals that received a debt collection letter that violated the Fair Debt Collections Practices Act. Achieved settlement that provided settlement checks for class members.

- *Wilmoth et al. v. Celadon Trucking Services,* Marion County Indiana, Superior Court.
  Appointed class counsel and obtained judgment, which was upheld on appeal, for $3.8 million plus prejudgment interest in favor of nationwide class of long distance drivers who had compensation improperly withheld by Celadon for fuel purchases from Pilot Flying J.

- *Sam v. Elizabeth L. White, in her capacity as Clerk of the Marion Circuit Court,* Marion County Indiana, Superior Court.
  Action involving overcharges for administrative fees on bonds managed by the Clerk's office. Achieved settlement providing refunds of up to $1,000 for individual class members

- *Means v. River Valley Financial Bank, et al.,* Marion County Indiana, Superior Court.
  Action involving prepaid burial goods and services in Madison, Indiana. Cemetery owners and banks who served as the trustees for the prepaid burial funds violated the Indiana Pre-Need Act and other legal duties, which resulted in insufficient funds to provide class members' burial goods and services at death. Settlements valued at $4 million were achieved to ensure that thousands of class members' final wishes will be honored.

- *Meadows v. Sandpoint Capital, LLC,* and *Edwards v. Apex 1 Processing, Inc.,* Marion County Indiana, Circuit Court.
  Class actions brought against internet-based payday lenders. Settlements provided reimbursement for fees and expenses that exceeded amounts permitted by the Indiana payday loan act.

- *King v. Amacor,* Madison County Indiana, Circuit Court.
  Class counsel on behalf of thousands of residents who were forced to evacuate their homes as a result of a magnesium fire that broke out in 2005 at the AMACOR magnesium recycling plant, the world's largest magnesium recycling facility.  Settlement achieved to provide

6

environmental remediation clean-up of the debris and direct cash payment to residents who were forced to evacuate their homes on the night of the fire.

- *Colon v. Trinity Homes, LLC and Beazer Homes Investment Corp,* Hamilton County Indiana, Superior Court.
  Class counsel in statewide settlement providing for remediation of mold and moisture problems in over 2,000 homes. Settlement valued at over $30 million.

- *Whiteman v. Time Warner Entertainment Company, L.P.,* Marion County, Indiana, Superior Court.
  Successfully appealed to the Indiana Supreme Court challenging the application of the voluntary payment doctrine for class of cable subscribers. Following this victory, Cohen & Malad, LLP negotiated a multi-million dollar settlement for class members.

- *Hecht v. Comcast of Indianapolis,* Marion County Indiana, Circuit Court.
  Represented a class of Comcast cable subscribers challenging arbitrarily-determined late fees as unlawful liquidated damages. Obtained a multi-million dollar settlement on the eve of trial.

- *General Repair Servs. of Central Ind., Inc. v. Soff-Cut Int'l, Inc.,* Marion County Indiana, Superior Court.
  Served as class counsel for a nationwide class under the federal Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227. Following certification, the parties entered into nationwide settlement providing class members with benefits worth over $1.5 million.

- *Turner v. Louisiana Pacific Corporation and C.P. Morgan Communities, LP,* Hamilton County, Indiana Superior Court.
  Appointed Lead Counsel in state-wide class action challenging defective exterior siding products.  After class certification, parties reached settlement that provided for cash payments to homeowners based on amount of siding and damage to homes.

- *Littell et al. v. Tele-Communications, Inc. (AT&T) et al.,* Morgan County, Indiana, Superior Court.
  Lead counsel in nationwide class action challenging late fee charges imposed by cable television companies. The total value of the nationwide settlement exceeded $106 million.

7

- *Bridgestone/Firestone, Inc., ATX, ATX II and Wilderness Tires Products Liability Litigation,* U.S. District Court, Southern District of Indiana. Court-appointed Liaison Counsel and Executive Committee Member in consolidated litigation involving international distribution of defective tires.

- *Tuck v. Whirlpool et al.,* Marion County, Indiana, Circuit Court. Appointed Class Counsel in nationwide class action regarding defective microwave hoods. Settlement achieved in excess of $7 million.

- *Hackbarth et al. v. Carnival Cruise Lines,* Circuit Court of Dade County, Florida.
  Class Counsel in nationwide action challenging cruise lines' billing practices. Settlement valued at approximately $20 million.

- *Sherwood v. Coca-Cola Bottling,* Marion County, Indiana, Superior Court.
  Class Counsel in contaminated product class action. Settlement achieved on behalf of the class.

- *David Campbell v. Macey & Chern,* U.S. District Court, Southern District of Indiana.
  Class Counsel in action challenging improper billing and collection of attorneys' fees from Chapter 7 bankruptcy debtors.  Common fund settlement provided for refunds in the hundreds of dollars to individual bankruptcy debtors.

- *Wittry v. Merrill Lynch Credit Corp.,* Case No. 49D05-0304-PL-000716, Marion County, Indiana, Superior Court.
  Counsel for class in action challenging documentation fees charged in connection with mortgages closed in Indiana.  Settlement achieved through direct payments to class members.

- *Kamala M. Thomason v. Aman Collection Services, Inc.,* U.S. District Court, Northern District of Indiana.
  Class Counsel in a case involving the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*.  Monetary settlement along with an injunction against illegal practice, and *cy pres* award to Legal Services Organization of Indiana.

- *Baker v. Hubler Ford Center, Inc. d/b/a Hubler Ford Lincoln Mercury,* Shelby County, Indiana, Circuit Court.
  Appointed Class Counsel in case alleging forgery, fraud, constructive

8

fraud and Consumer Protection Act violations by car dealership in connection with the sale and lease of automobiles.  Settlement provided each class member with $5,000 to $8,000 in benefits.

- *Kenro, Inc. v. APO Health, Inc.,* Marion County Indiana, Superior Court. Appointed Class Counsel in case alleging violations of the Federal Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227. Settlement negotiated to create a common fund of $4.5 million and provide benefits to class members of up to $500 for each unsolicited fax advertisement received.

- *James H. Young v. Core Funding Group, LLC,* Marion County Indiana, Superior Court.
  Appointed Class Counsel in case alleging violations of the Federal Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227.  Successfully defended class certification and $250,000 judgment on appeal.

- *Shilesh Chaturvedi v. JTH Tax, Inc. d/b/a Liberty Tax Service,* Court of Common Pleas, Allegheny County, Pennsylvania.
  Class Counsel in case involving Federal Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227.  Settlement valued at $45 million.

- *Kenro, Inc. and Gold Seal Termite and Pest Control Company v. PrimeTV, LLC, and DirecTV, Inc.,* Marion County Indiana, Superior Court.
  Class Counsel in case involving the federal Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227. Following certification, the parties entered into nationwide settlement providing class members with benefits worth in excess of $500 million.

- *JRA Corporation, d/b/a A & A Tire & Service v. Yellow Page Publishers, Inc. d/b/a Smart Pages,* Marion County Indiana, Superior Court.
  Appointed Class Counsel under Ind. Trial Rule 23(B)(1) and (B)(2) in action alleging breach of contract, unjust enrichment and fraud for defendant's failure to fully distribute "yellow page" directories.

**Human Rights Cases**

- *In re Holocaust Victim Assets Litigation,* U.S. District Court, Eastern District of New York.
  Selected as one of ten firms from the U.S. to serve on the Executive Committee in the prosecution of a world-wide class action against three

9

major Swiss banks to recover assets from the Nazi era. This litigation resulted in a $1.25 billion settlement in favor of Holocaust survivors.

- *Kor v. Bayer AG,* U.S. District Court, Southern District of Indiana. Action against an international pharmaceutical company for participating in medical experiments on concentration camp inmates during World War II. This action was resolved as part of a $5 billion settlement negotiated under the auspices of the governments of the U.S. and Germany and led to the creation of the *Foundation for Remembrance, Responsibility and the Future*.

- *Vogel v. Degussa AG,* U.S. District Court, District of New Jersey. Action against a German industrial enterprise for enslaving concentration camp inmates during World War II for commercial benefit. This action also was resolved in connection with the settlement which created the *Foundation for Remembrance, Responsibility and the Future*.

- Cohen & Malad, LLP also actively participated in other cases litigated in federal and state courts in New Jersey, New York and California involving, *inter alia,* slave and forced labor, and claims against major German corporations and financial institutions based upon their wrongdoing during the Nazi era, which were resolved through the *Foundation.*

**Health Care / Insurance Cases**

- *In re Indiana Construction Industry Trust*, Marion County, Indiana, Circuit Court.
  Lead Counsel in action against an insolvent health benefits provider from Indiana and surrounding states. Recovered approximately $24 million for enrollees, providing nearly 100% recovery to victims.

- *Coleman v. Sentry Insurance a Mutual Company,* United States District Court, Southern District of Illinois.
  Class Counsel on behalf of 6,847 policy holders in 11 states against insurer for breaching refund feature of auto insurance policies, which resulted in recovery of $5,718,825.

- *Davis v. National Foundation Life Insurance Co.*, Jay County, Indiana, Circuit Court.
  Class Counsel in action involving insureds who were denied health insurance benefits as a result of National Foundations' inclusion and enforcement of pre-existing condition exclusionary riders in violation of Indiana law. Settlement provided over 85% recovery of the wrongfully denied benefits.

- *Griffin v. Indiana Comprehensive Health Insurance Assn.*, Marion County, Indiana, Superior Court.
  Class Counsel in action that obtained a rollback on artificially inflated health insurance premiums for high-risk consumers.

- *Lawson v. American Community Mutual Insurance Co.*, U.S. District Court, Southern District of Indiana.
  Class counsel in action challenging denial of claims for diabetes-related health care service and supplies.  Settlement achieved on behalf of the class.

- *James C. Sell et al. v. CIGNA Corp. et al.*, U.S. District Court, District of Arizona.
  Co-lead counsel in action challenging non-disclosure of discounts on healthcare charges which forced insureds to pay excessive co-payments. Settlement achieved on behalf of the class.

- *Woolbert v. Sandoz Pharmaceuticals, Inc.*
  Class Counsel in action alleging defendant unlawfully tied prescription drug issuance to a costly and unnecessary blood test. Settlement in conjunction with action brought by attorneys general.

- *Follett v. Freedom Life Insurance Company*, Vigo County, Indiana, Superior Court.
  Statewide class action challenging denial of health insurance benefits based on pre-existing exclusions.  Settlement provided for over 85% recovery of the wrongfully denied benefits.

**Other Class Action Cases**

- *Econo-Med Pharmacy, Inc. v. Roche Diagnostics Corp. et al.*, U.S. District Court, Southern District of Indiana.
  Class Counsel in Telephone Consumer Protection Act case alleging medical device company sent unsolicited junk faxes to 60,000 U.S. pharmacies. Settlement for $17,000,000.

11

- *Warren v. Town of Speedway et al.,* U.S. District Court, Southern District of Indiana.
  Achieved settlement for cash payments to taxi operators who had their licenses improperly seized by Town of Speedway employees on Indianapolis 500 race day.

- *Roquil, Inc. v. The Indiana State Lottery Commission et al.,* U.S. District Court, Southern District of Indiana.
  Class Counsel in a case where the State Lottery Commission was permanently enjoined from arranging secret, one-sided lottery game incentives. Action resulted in amendment of the Commission's administrative rules.

- *Stephens v. American Cyanamid Company,* Parke County, Indiana, Circuit Court.
  Lead Counsel in multi-state class action involving thousands of farmers who suffered losses as a result of a herbicide. Case settled following Indiana Court of Appeals decision upholding class certification.

- *In re: The Chubb Corporation Drought Litigation,* U.S. District Court, Southern District of Ohio.
  Liaison counsel on behalf of thousands of farmers throughout the Midwest. Settlement of over $40 million.

- *Beacon Development, Inc. v. City of Indianapolis*, Marion County Superior Court.
  Class Counsel in action on behalf of local developers who were wrongly charged for the installation of sewer facilities. Settlement allowed the class to recover 100% of damages.

12

## GLANCY PRONGAY & MURRAY LLP
### ATTORNEYS AT LAW

| LOS ANGELES OFFICE | NEW YORK OFFICE | BERKELEY OFFICE |
|---|---|---|
| 1925 CENTURY PARK EAST | 230 PARK AVENUE | 1808 SIXTH STREET |
| SUITE 2100 | SUITE 530 | BERKELEY, CA 94710 |
| LOS ANGELES, CALIFORNIA 90067 | NEW YORK, NY 10169 | TELEPHONE (415) 972-8160 |
| TELEPHONE (310) 201-9150 | TELEPHONE (212) 682-5340 | FACSIMILE (415) 972-8166 |
| FACSIMILE (310) 201-9160 | FACSIMILE (212) 884-0988 | |

## FIRM RESUME

**Glancy Prongay & Murray LLP** (the "Firm") has represented businesses, investors, and consumers for nearly 25 years. With offices in New York City, Los Angeles, and Berkeley, the Firm has successfully prosecuted class action cases and complex litigation in federal and state courts throughout the country. As Lead Counsel or as a member of Plaintiffs' Counsel Executive Committees, the Firm has recovered billions of dollars for parties wronged by corporate fraud and anti-competitive conduct. Indeed, the Institutional Shareholder Services unit of RiskMetrics Group has recognized the Firm as one of the top plaintiffs' law firms in the United States in its Securities Class Action Services report for every year since the inception of the report in 2003. The Firm's efforts have been publicized in major newspapers such as the *Wall Street Journal*, the *New York Times*, and the *Los Angeles Times*.

Glancy Prongay & Murray's commitment to high quality and excellent personalized services has boosted its national reputation, and we are now recognized as one of the premier plaintiffs' firms in the country. The Firm works tenaciously on behalf of clients to produce significant results and generate lasting corporate reform.

The Firm's integrity and success originate from our attorneys, who are among the brightest and most experienced in the field. Our distinguished litigators have an unparalleled track record of investigating and prosecuting corporate wrongdoing. The Firm is respected for both the zealous advocacy with which we represent our clients' interests as well as the highly-professional and ethical manner by which we achieve results. We are ideally positioned to pursue antitrust litigation, securities litigation, consumer litigation, and derivative and corporate takeover litigation. The Firm's outstanding accomplishments are the direct result of the exceptional talents of our attorneys and employees.

## CONSUMER LITIGATION

GLANCY PRONGAY & MURRAY LLP successfully litigated on behalf of consumers throughout the United States.  Individuals in our society work hard to provide for their families and deserve to rely upon truthful information when purchasing products and services.  Accordingly, we fight for consumers when corporations attempt to deceive or take advantage of customers.  Consumer fraud occurs when a customer buys a product that does not perform as represented or advertised, or purchases services that are not the same as represented or advertised.

The Firm is committed to protecting and defending the rights of defrauded consumers.  Our Consumer Practice Group focuses upon companies that reap millions of dollars in profits by misrepresenting their products or services.  In many instances, class actions provide the only viable avenue to vindicate his or her rights as a consumer.  Accordingly, the Firm has taken a leading role in many of the most significant federal and consumer fraud cases throughout the country.  Indeed, the Firm's Consumer Practice Group has obtained outstanding results for consumers.  For example, in *Pascussi v. Airtouch Communications*, a cellular phone service provider improperly charged all of its Michigan customers for certain calls.  Through our class action lawsuit, the Firm recovered a settlement of $30 million for injured consumers.  The Firm's Consumer Practice Group similarly represents consumers nationwide in a variety of important consumer cases and has achieved significant results through our efforts.

We have achieved many significant recoveries including:

### *Pascussi v. Airtouch Communications*, 2004 WL 3511400

This was a consumer case against Airtouch Communications regarding claims against a cellular phone service provider improperly charging all of its Michigan customers for certain calls.  GLANCY PRONGAY & MURRAY LLP recovered a settlement of $30,000,000 for class members.

### *Shin v. BMW of North America*, 2009 WL 2163509

After GLANCY PRONGAY & MURRAY LLP defeated defendants' motion to dismiss, the case settled on very favorable terms for class members including free replacement of cracked wheels for their BMW vehicles.

### *Esslinger v. HSBC Bank Nevada, N.A.,* E.D. Pa. Case No. 10-cv-03213

This case was on behalf of HSBC credit card holders who paid for "payment protection" services.  A $23,500,000 settlement was approved in 2013.

### *Villefranche v. HSBC Bank Nevada, N.A.*, C.D. Cal. Case No. 09-cv-3639

After defeating defendants' motion to dismiss, the case resulted in a 100% recovery to class members who were improperly charged a higher rate of interest on their credit cards.

***In Re Discover Payment Protection Plan Marketing and Sales Practices Litigation***, **N.D. Ill. Case No. 10-cv-06994**

Brought on behalf of Discovery credit card holders for deceptive sales and marketing practices. The case settled for $10,500,000.

***Naevus Int'l. v. AT&T Corp.***, **N.Y. Supreme Case No. 602191/1999**

Attorneys now at the Firm represented a class of consumers who subscribed to AT&T's Digital One Rate wireless service. The case eventually settled for benefits worth $40 million.

## ANTITRUST PRACTICE GROUP

GLANCY PRONGAY & MURRAY LLP has established a significant antitrust practice. Anti-competitive behavior interferes with the operation of economic markets. The prevalence of price-fixing and market-allocation cases has increased at both the national and international levels. As government criminal investigations increase, civil litigation increasingly becomes important as a supplement to redress such misconduct.

The Firm's Antitrust Practice Group focuses upon representing individuals and entities who have been victimized by unlawful monopolization, price-fixing, market allocation, and other anti-competitive conduct. The Firm has prosecuted significant antitrust cases and has helped individuals and businesses recover billions of dollars. Prosecuting civil antitrust cases under federal and state laws throughout the country, the Firm's Antitrust Practice Group represents consumers, businesses, and Health and Welfare Funds and seeks injunctive relief and damages for violations of antitrust and commodities laws. The Firm has served as lead or co-lead counsel in numerous multi-district litigation antitrust cases and have won substantial settlements for plaintiffs in such cases. For instance, the Firm filed the initial landmark antitrust lawsuit against all of the major NASDAQ market makers and served on Plaintiffs' Counsel's Executive Committee in *In re Nasdaq Market-Makers Antitrust Litigation*, which recovered $900 million for investors.

GLANCY PRONGAY & MURRAY LLP and its antitrust lawyers have represented large and medium private corporations and health and welfare funds in both Direct and Indirect Purchaser Litigation, including Tiffin Motor Homes, Inc., The Rice Co., Inc., Purdy Bros. Trucking Co., Inc., East Valley Water District, TC Construction Corp., AGS Devices Co., Ace Marine Rigging & Supply, Inc., Chandler Packaging, Inc., Trans Pak, Inc., White Oak Fund, LLP, Plumbers & Pipefitters Local 178 Health & Welfare Fund, United Firefighters Assn., United Fire Officers Assn., Carleton Trucking Co., Inc., The Plaza Market, and OM Commercial Neenah Oil, Inc.

The Firm's major cases include:

*Sullivan v. DB Investments*, in which the Firm served as settlement Co-Lead counsel. De Beers had exploited its market dominance to inflate the price of rough diamonds and inflated the price of diamonds down the line. De Beers suffered a default judgment and then negotiated with Plaintiff's Counsel to reach a settlement of $295,000,000.

*In re Korean Airlines Antitrust Litig*. **(MDL 1891 C.D. Cal.)**, in which the Firm served as Lead Counsel for a class of purchasers of trans-pacific airline tickets to Korea. The case settled for $65 million.

*In re Urethane Chemical Antitrust Litig.* **(MDL 1616, D. Kan. 2004).** The case was an antitrust price fixing case , in which the Firm served as Co-Lead counsel resulting in a settlement of $33 million.

*In re Western States Wholesale Natural Gas Litig*. **(MDL 1566 D. Nev.)** ($25 Million settlement).

*In re Fresh and Process Potatoes Antitrust Litig.* **(MDL 2186 D. Idaho)**, where the Firm was Co-Lead counsel for indirect purchasers of potatoes.  The case settled for $5.5 million.

*In re Playmobil Products Antitrust Litig.* **(95-cv-2896 E.D.N.Y.)** (attorneys at the Firm were Lead Counsel in case involving retail price maintenance agreements violating the Sherman Act).

*In re Disposable Contact Lens Litig.* **(BC113271 Cal.)** (attorneys at the Firm represented a class of purchasers of disposable contact lenses in California and obtained a reversal in the appellate court of a denial of class certification).

*In re Time Warner Antitrust Litig.* **(09-cv-7747 S.D.N.Y.)** (attorneys at the Firm were Co-Lead Counsel in case involving illegal tying of the products).

Currently, the Firm has Lead or Committee roles in many federal lawsuits prosecuted by plaintiffs seeking damages for antitrust violations in major industries, including:

*In re Korean Ramen Direct Antitrust Litig.* **(13-cv-4115 N.D. Cal.)**, in which the Firm currently serves as Co-Lead Counsel.

*In re Class 8 Transmission Indirect Purchaser Antitrust Litig.* **(11-009 D. Del.)**, in which the Firm is Co-Lead Counsel on behalf of a class of indirect purchasers of truck transmissions from Eaton Corp.

*In re Lithium Ion Batteries Antitrust Litig*. **(MDL 2420 N.D. Cal.)**, in which the Firm is on plaintiffs' steering committee.

*In re North See Brent Crude Oil Futures Litig.* **(13-md-02475 S.D.N.Y.)**.

*In re Commodity Exchange, Inc., Gold Futures and Options Trading Litig.* **(14-md-02548 S.D.N.Y.)**.

The Firm is also active in case involving anti-competitive schemes to keep generic drugs off the market.  Currently the Firm is on the executive committee in *In re Actos End Payor Antitrust Litig.***(13-cv-9244 S.D.N.Y.)**. The Firm represents class members in *In re Niaspan* **(13-cv-04863 E.D. Pa.)**; *In re Aggrenox* **(13-cv-06692 E.D. Pa.)**; *In re Lidoderm Antitrust Litig.,* **(MDL No 2521)**; *In re Solodyn* **(MDL 2503 E.D. Pa.)**; and *In re Opana ER Antitrust Litig.,* **(14-cv10150 N.D. Ill.).**

The Firm is also involved in *In re Generic Pharmaceuticals Pricing Antitrust Litig.* **(16-md-2427 E.D. Pa.)** which has been filed against a number of drug manufacturers for price fixing generic drugs.

In addition to Brent Oil, the Firm is currently prosecuting many market manipulation cases involving violations of antitrust and commodities laws, including *Sullivan v. Barclays PLC* (manipulation of Euribor rate), *In re Foreign Exchange Benchmark Rates Antitrust Litig*., *In re Gold Futures & Options Trading Litig.*, *In re LIBOR*, *In re Platinum & Palladium*

*Antitrust Litig.*, *Sonterra Cap. Master Fund v. Credit Suisse Group AG* (Swiss Libor rate manipulation), *Twin City Iron Pension Fund v. Bank of Nova Scotia* (manipulation of treasury securities), and *Ploss v. Kraft Foods Group* (manipulation of wheat prices).

The Firm currently also has a major role in:

*In re Heating Control Panel Direct Purchaser Action* **(12-md-02311 E.D. Mich.)** (price-fixing action involving direct purchasers of heating control panels for automobiles).

*Kleen Products v. Packaging Corp. of Amer.* **(10-cv-05711 N.D. Ill.)** (price-fixing action involving direct purchasers of containerboard).

*In re Cathode Ray Tube (CRT) Antitrust Litig.* **(MDL 2496 N.D. Cal.)** (price-fixing action involving direct purchasers of cathode ray tubes).

*In re Instrument Panel Clusters Direct Purchaser Action* **(12-md-02311 E.D. Mich.)** (price-fixing action involving direct purchasers of instrument panel clusters).

In addition to the foregoing, the Firm also represents clients in:

*In re Payment Card Interchange Fee and Merchant Discount Litig.* **(MDL 1720 E.D.N.Y)**

*In re Domestic Airline Travel Antitrust Litig.* **(15-MC-1404 D.D.C. )**

*In re Liquid Aluminum Sulfate Antitrust Litig.* **(15-cv-6799 D.N.J.)**

*In re Dental Supplies Antitrust Litig.* **(15-cv-696 E.D.N.Y.)**

*In re Drywall Antitrust Litig.* **(13-md-2437 E.D. Pa.)**

*Yates Construction Co. v. Sigma Corp.* **(12-cv-169 D.N.J.) (ductile piping)**

*In re Capacitors Antitrust Litig.* **(14-cv-3264 N.D. Cal.)**

*In re LIBOR-Based Financial Instruments Antitrust Litig.* **(11-md-2262 S.D.N.Y.)**

*In re Occupational Safety Systems Cases* **(12-cv-600 E.D. Mich.)**

*In re NCAA Student-Athlete Name & Likeness Licensing Litig.* **(9-cv-1967 N.D. Cal.)**

## SECURITIES GROUP

GLANCY PRONGAY & MURRAY LLP is a leader in obtaining relief for investors affected by corporate securities fraud.

Frequently, public companies misrepresent their financial condition artificially inflates the price of their securities.  When the true financial condition of these companies is revealed, the stock price plummets, and investors – many of whom are public and private retirement funds who are entrusted with their members' money who have invested for their retirement – suffer financially.  Conversely, corporate insiders often profit from their knowledge of adverse company information by selling their securities before the company discloses such information to the market.

The Firm has a strong commitment to help investors injured by corporate wrongdoing.  Demonstrating this commitment to assist injured investors and to restore integrity in the financial markets, the Firm aggressively represents the interests of investors in securities litigation.

GLANCY PRONGAY & MURRAY LLP and its lawyers have represented a variety of domestic and international public and private institutions, including West Virginia Investment Management Board, Deka Bank, City of Sterling Heights Police and Fire Retirement Fund, City of Dearborn Heights Police and Fire Retirement Fund, City of Livonia, City of Roseville Employee Retirement System, St. Clair Shores Police and Fire Retirement Fund, City of Westland Police and Fire Retirement Fund, Quaker Mutual, Saratoga Advantage Trust Energy & Basic Materials Portfolio, Saratoga Advantage Trust Mid Capitalization Portfolio, Pennsylvania Avenue Partners, Directors Financial, Sapphire & Winston Capital, City of Farmington, Palm Beach Capital, Nurol Menkol Kiymetler A.S., PELO a.s., Frankfurt Trust, Pioneer Investment Management SGR S.A., Goose Hill Capital LLC, and First New York Securities LLC.

The Firm is currently Co-Lead Counsel in In re Deutsche Bank AG Sec. Litig., In re Yahoo Inc. Sec. Litig., Li v. Aeterna Zentaris, Inc., Robb v. FitBit Inc., and In re Horsehead Holding Corp. Sec. Litig.

Appointed as Lead or Co-Lead by judges throughout the United States, GLANCY PRONGAY & MURRAY LLP has achieved significant recoveries for class members, including:

***The City of Farmington Hills Employees Retirement System v. Wells Fargo Bank, N.A., D. Minn. Case No. 10-cv-04372***

The Class's claims were for breaches of fiduciary duty, breaches of contract, and violations of the Minnesota Prevention of Consumer Fraud Act (Minn. Stat. § 325F.69).

The lawsuit alleged that through its administration of its securities lending program, Wells Fargo breached its contractual agreements with and fiduciary duties to the Class and violated the Minnesota Prevention of Consumer Fraud Act.  Specifically, the Class Action alleged that CFHERS and other Class members entered into securities lending agreements and other agreements with Wells Fargo.  Pursuant to such agreements, Wells Fargo loaned CFHERS's and Class members' securities to third party borrowers in return for cash collateral.

In its complaint, CFHERS alleged that Wells Fargo acted imprudently by investing and maintaining the securities lending collateral in high risk, long-term securities on behalf of members of the Class, which violated the express terms and principle objectives of the securities lending agreements.  The alleged high risk, long-term securities included, but were not limited to, structured investment vehicles, including Cheyne and Victoria, mortgag-backed securities, other asset-backed securities, and corporate bonds for such companies as Lehman Brothers and Bear Stearns.  Finally, CFHERS alleged that Wells Fargo's improper conduct as the administrator of the securities lending program caused substantial losses to CFHERS and members of the Class.  On the eve of trial, the case settled for $62.5 million.

### *Mercury Interactive Corporation Securities Litigation*, N.D. Cal. Case No. 5:05-cv-3395

Mercury made a series of public disclosures revealing that an investigation was being conducted into possible unreported backdating of stock options.  As these disclosures of potential wrongdoing at Mercury became more serious, it was announced that the CEO, CFO, and General Counsel would be resigning because they had been aware of, participated in, and benefitted from repeated instances of illegal stock options backdating.  Mercury's stock price dropped significantly in reaction to these announcements, and created a huge, unfair loss to investors.  Serving as Co-Lead Counsel, GLANCY PRONGAY & MURRAY LLP achieved a recovery for investors of over $117 million.

### *Real Estate Associates Securities Litigation*, C.D. Cal. Case No. 98-cv-07035

In 1998 the individual defendants, caused consent solicitation statements to be sent to the limited partners of each of the Real Estate Associates partnerships.  The consent solicitations allegedly contained statements which were false and misleading and failed to disclose certain material information, violating Sections 14(a) and Rule 14a-9 of the Securities and Exchange Act of 1934.  The complaint sought declaratory and injunctive relief for violations of federal and state law and compensatory and punitive damages for breach of common law fiduciary duties.  A recovery of $83 million was achieved for investors.

### *Conseco, Inc. Securities Litigation*, S.D. Ind. Case No. 1:02-cv-1332

On February 20, 2003, the District Court appointed the Firm Lead Counsel to prosecute the case on behalf of Conseco, Inc. shareholders.  The Complaint alleged Conseco, its CEO, President and CFO violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and S.E.C. Rule 10b-5.  Plaintiffs claimed Conseco made material omissions and misleading statements concerning problems with Conseco's liquidity and the Company's manufactured-homes financing business.  Although defendants were in possession of materially adverse information about Conseco's liquidity problems and problems with the collectability of the Company's mobile home loans, they failed to fully disclose the information to investors, causing Conseco's stock price to become artificially inflated.  GLANCY PRONGAY & MURRAY LLP achieved a $41.5 million recovery for investors.

*Gilat Satellite Networks, Ltd. Securities Litigation*, **E.D.N.Y. Case No. 02-cv-1510**

This was a securities fraud class action in which GLANCY PRONGAY & MURRAY LLP served as Co-Lead Counsel for the Class and achieved a settlement of $20 million.

*Lapin v. Goldman Sachs*, **S.D.N.Y. Case No. 04-cv-02236**

The Complaint alleged violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and S.E.C. Rule 10b-5. This case stems from a financial securities firm's alleged conflicts of interest. The conflict alleged pitted the firm's securities analysts against the firm's actual or potential investment banking clients. It was alleged that this conflict of interest, which was not disclosed by the firm to its shareholders, artificially inflated the price of the firm's stock purchased during the relevant time period. Defendants engaged in a series of undisclosed acts and practices that created conflicts of interest for their research analysts with respect to investment banking consideration. These practices were allegedly used to help Goldman compete for Initial Public Offering ("IPO") business, which "resulted in lucrative banking fees and the promise of future investment banking and related businesses such as fees from secondary offerings, making bridge loans and other corporate financing transactions, and advising on mergers and acquisitions." GLANCY PRONGAY & MURRAY LLP served as Co-Lead Counsel for the Class and achieved a settlement of $29 million.

*Heritage Bond Litigation*, **C.D. Cal. Case No. 02-ml-1475**

The Firm recovered in excess of $28 million in a global settlement in 2005 for defrauded investors. The bond issues involved in this case included Danforth Health Facilities Corporation, Tarrant County Health Facilities Development Corporation, City of Mexico Beach, Florida, City of Chicago, Illinois and Desert Hot Springs Public Authority in California.

*Livent, Inc. Noteholders Litigation*, **S.D.N.Y. Case No. 98-cv-7161**

This was a securities class action in which GLANCY PRONGAY & MURRAY LLP served as Co-Lead Counsel for the class and achieved a settlement of $27 million.

*ECI Telecom Ltd. Securities Litigation*, **E.D. Va. Case No. 01-cv-913**

In 2001, the Eastern District of Virginia District Court appointed the Firm Lead Counsel to prosecute this case on behalf of ECI investors. In the Second Amended Complaint, plaintiffs alleged ECI fraudulently engaged in a premature revenue recognition scheme, which violated both Generally Accepted Accounting Principles and ECI's own accounting policies. Following the District Court's denial of the defendants' motions to dismiss, GLANCY PRONGAY & MURRAY LLP began extensive discovery and was able to negotiate a settlement of $21.75 million for ECI investors.

*Lumenis, Ltd. Securities Litigation*, **S.D.N.Y. Case No. 02-cv-1989**

GLANCY PRONGAY & MURRAY LLP served as Co-Lead Counsel and achieved a settlement valued at over $20 million.

***In Re Turkcell Iletisim A.S. Securities Litigation*, S.D.N.Y. Case No. 00-cv-08913**

Attorneys now at GLANCY PRONGAY & MURRAY LLP served as Lead Counsel and achieved a settlement of $19.2 million for a case against a Turkish telecom company involving its IPO on the NYSE.

***Infonet Services Corporation Securities Litigation*, C.D. Cal. Case No. 01-cv-10456**

On April 4, 2002, the Central District of California District Court appointed the Firm Co-Lead Counsel to represent Infonet investors.  The Complaint alleged defendants violated Sections 11, 12(a)(2) and 15 of the Securities Act of 1933, and Sections 10(b) and 20A of the Securities Exchange Act of 1934 and S.E.C. Rule 10b-5.  Specifically, shortly before the Infonet IPO in December 1999, Infonet acquired AUCS.  The acquisition transaction was disguised as a management agreement, which would allow Infonet to switch AUCS's clients over to Infonet without having to use the business assets of AUCS.  GLANCY PRONGAY & MURRAY LLP achieved a settlement for investors of $18 million.

***ESC Medical Systems, Ltd. Securities Litigation*, S.D.N.Y. Case No. 98-cv-7530**

This was a securities fraud class action in which GLANCY PRONGAY & MURRAY LLP served as sole Lead Counsel for the damaged Class and achieved a settlement valued in excess of $17 million.

***Musicmaker.com Securities Litigation*, C.D. Cal. Case No. 00-cv-02018**

The Firm was appointed Lead Counsel on June 21, 2000, to represent a class of Musicmaker shareholders.   The Complaint alleged Musicmaker violated Sections 10(b), 20A and 20(a) of the Securities Exchange Act of 1934 and S.E.C. Rule 10b-5, as well as Sections 11, 12 and 15 of the Securities Act of 1933.  After defeating defendants' motions to dismiss, the Firm engaged in extensive settlement negotiations, which resulted in an almost $14 million recovery for the plaintiffs.

***Leap Securities Litigation*, S.D. Cal. Case No. 07-cv-2245**

This was a securities class action in which GLANCY PRONGAY & MURRAY LLP served as Liaison Counsel for the class and achieved a settlement of $13.75 million for investors.

***Lason, Inc. Securities Litigation*, E.D. Mich. Case No. 99-cv-76079**

This was a securities fraud class action in which GLANCY PRONGAY & MURRAY LLP served as Co-Lead Counsel and recovered almost $13 million for damaged shareholders.

***Inso Corp. Securities Litigation*, D. Mass. Case No. 00-cv-10305**

This was a securities fraud class action in which GLANCY PRONGAY & MURRAY LLP served as Co-Lead Counsel for the Class and achieved a settlement valued in excess of $12 million.

***National Techteam Securities Litigation***, **E.D. Mich. Case No. 97-cv-74587**

This was a securities fraud class action in which GLANCY PRONGAY & MURRAY LLP served as Co-Lead Counsel for the Class and achieved a settlement valued in excess of $11 million.

***KPNQwest Securities Litigation***, **S.D.N.Y. Case No. 02-cv-07951**

This was a securities fraud class action in which GLANCY PRONGAY & MURRAY LLP served as Co-Lead Counsel for the Class and achieved a settlement for investors worth $11 million.

***Jenson v. First Trust Corporation***, **C.D. Cal. Case No. 05-cv-3124**

GLANCY PRONGAY & MURRAY LLP filed its complaint in 2005, was appointed sole lead counsel, and achieved an $8.5 million settlement in a very difficult case involving a trustee's potential liability for losses incurred by investors in a Ponzi scheme.  Kevin Ruf  of the Firm also successfully defended in the 9th Circuit Court of Appeals the trial court's granting of class certification in this case.

***Ramp Networks, Inc. Securities Litigation***, **N.D. Cal. Case No. 00-cv-3645**

This was a securities fraud class action in which GLANCY PRONGAY & MURRAY LLP served as Co-Lead Counsel for the Class and achieved a settlement valued in excess of $7 million.

***Plumbing Solutions Inc. v. Plug Power***, **E.D.N.Y. Case No. 00-cv-5553**

This was a securities fraud class action in which GLANCY PRONGAY & MURRAY LLP served as Co-Lead Counsel for the class and achieved a settlement of $5 million.

***Ree v. Procom Technologies, Inc.***, **S.D.N.Y. Case No. 02-cv-7613**

This was a securities fraud class action in which GLANCY PRONGAY & MURRAY LLP served as Co-Lead Counsel for the Class and achieved a settlement of $2.7 million for investors.

***Capri v. Comerica, Inc.***, **E.D. Mich. Case No. 09-cv-13201**

This was a securities fraud class action in which GLANCY PRONGAY & MURRAY LLP served as Co-Lead Counsel for the Class and achieved a settlement of $2.7 million.

***Tatz v. Nanophase Technologies Corporation***, **N.D. Ill. Case No. 01-cv-8440**

This was a securities fraud class action in which GLANCY PRONGAY & MURRAY LLP served as Co-Lead Counsel for the class and achieved a settlement of $2.5 million for investors.

## CORPORATE MERGERS & ACQUISITIONS LITIGATION

Through our Corporate Mergers & Acquisitions Litigation Practice Group, the Firm is heavily active in securities fraud prevention.  The Firm brings actions on behalf of shareholders of companies that have entered into management-led buyouts, mergers, tender-offers, or other business combinations.   Corporate directors - who are required to act as fiduciaries for shareholders - sometimes breach their fiduciary duties because of material conflicts or other issues.  The Firm has litigated numerous cases on behalf of shareholders who have been treated unfairly or received inadequate consideration in a merger or business combination.  The Firm's efforts have resulted in millions of dollars in increased consideration for shareholders, the disclosure of material information enabling shareholders to better assess the fairness of proposed transactions, and significant structural changes to merger agreements designed to protect and maximize shareholder value.

Lawyers at GLANCY PRONGAY & MURRAY LLP have been active in scores of cases such as these, including litigation involving takeovers of Claire's Stores, Inc., Charlotte Russe Holding, Inc., BJ Services, Co., Hearst-Argyle Television, Inc., Medarex, Inc., Centerplate, Inc., Sirna Therapeutics, Inc., Chaparral Resources, Inc., The Topps Company, Inc., Genentech, Inc., Jacuzzi Brands, Inc.; Burlington Northern Santa Fe; Black & Decker Inc., 3Com Corp.; Alcon, Inc., XTO Energy, Inc.; Continental Airlines, Inc.; Facet Biotech Corp.; Infogroup Inc.; Double-Take Software, Inc.; Iowa Telecom. Serv., Inc.; Maine & Maritimes Corp.; Millipore Corp.; American Italian Pasta Corp.; Argon ST. Inc.; ATC Tech. Corp.; Northstar Neuroscience, Inc.; Abraxis Bioscience Inc.; Trubion Pharmaceuticals, Inc.; Pactiv Corp.; Polymer Group, Inc.; Citadel Broadcasting Corp.; Hewitt Associates, Inc.; Thermadyne Holdings Corp.; Wainwright Bank & Trust Co.; Jo-Ann Stores, Inc.; NYMagic, Inc.; NYSE Euronext; Smurfit-Stone Container Corp.; RAE Systems, Inc.; Actel Corp.; ArcSight, Inc.; Pride Int'l Inc.; Nat'l Semiconductor Corp.; OptionsXpress Corp.; LaBarge, Inc.; K-Sea Trans. Partners, LLC; The Gymboree Corp.; Frontier Oil Corp.; Emergency Medical Services Corp.; Tomotherapy Inc.; Del Monte Foods Co.; Warner Music Group Corp.; Smart Modular Techs., Inc.; Int'l Coal Group; and Interactive Data Corp.

## DERIVATIVE & CORPORATE GOVERNANCE LITIGATION

GLANCY PRONGAY & MURRAY LLP has a robust Derivative & Corporate Governance Litigation Practice. Many corporate officers and directors engage in misconduct that wastes corporate assets, undermines faith in the financial markets, and diminishes the trust of shareholders. The Firm's fervent commitment to corporate accountability has enabled us to seek governance reforms that will align the interests of management with those of shareholders. Our efforts also serve to deter fraud and other corporate wrongdoing.

Throughout our Derivative & Corporate Governance Litigation Practice Group, the Firm is focused upon restoring accountability, preserving corporate assets, improving transparency, and protecting shareholder value. Because shareholder derivative actions often result in significant corporate governance reforms that have a positive impact on the long-term interests of shareholders, we utilize such litigation to demand accountability on behalf of our clients. Through these efforts, the Firm has worked to create important changes in corporate governance and to protect investors against future instances of securities fraud.

The Firm was recently involved in the News Corp. litigation, in the Delaware Chancery Court, in which News Corp. recovered $139 million in insurance proceeds.

The Firm is currently Co-Lead counsel in a derivative action on behalf of First NBC Bank.

## PARTNERS

**LIONEL Z. GLANCY**, a graduate of University of Michigan Law School, is the founding partner of the Firm.  After serving as a law clerk for United States District Judge Howard McKibben, he began his career as an associate at a New York law firm concentrating in securities litigation.  Thereafter, he started a boutique law firm specializing in securities litigation, and other complex litigation, from the Plaintiff's perspective.  Mr. Glancy has established a distinguished career in the field of securities litigation over the last fifteen years, having appeared and been appointed lead counsel on behalf of aggrieved investors in securities class action cases throughout the country.  He has appeared and argued before dozen of district courts and a number of appellate courts.  His efforts have resulted in the recovery of hundreds of millions of dollars in settlement proceeds for huge classes of shareholders.  Well known in securities law, he has lectured on its developments and practice, including having lectured before Continuing Legal Education seminars and law schools.

Mr. Glancy was born in Windsor, Canada, on April 4, 1962.  Mr. Glancy earned his undergraduate degree in political science in 1984 and his Juris Doctor degree in 1986, both from the University of Michigan.  He was admitted to practice in California in 1988, and in Nevada and before the U.S. Court of Appeals, Ninth Circuit, in 1989.

**BRIAN MURRAY** was admitted to the bars of Connecticut in 1990, New York and the United States District Courts for the Southern and Eastern Districts of New York in 1991, the Second Circuit in 1997, the First and Fifth Circuits in 2000, the Ninth Circuit in 2002, and the Eastern and Western Districts of Arkansas in 2011, and the United States Supreme Court in 2016. He received Bachelor of Arts and Master of Arts degrees from the University of Notre Dame in 1983 and 1986, respectively.  He received a Juris Doctor degree, *cum laude,* from St. John's University School of Law in 1990.  At St. John's, he was the Articles Editor of the ST. JOHN'S LAW REVIEW.  Mr. Murray co-wrote: *Jurisdição Estrangeira Tem Papel Relevante Na De Fiesa De Investidores Brasileiros,* ESPACA JURIDICO BOVESPA (August 2008); *The Proportionate Trading Model: Real Science or Junk Science?,* 52 CLEVELAND ST. L. REV. 391 (2004-05); *The Accident of Efficiency: Foreign Exchanges, American Depository Receipts, and Space Arbitrage,* 51 BUFFALO L. REV.. 383 (2003); *You Shouldn't Be Required To Plead More Than You Have To Prove,* 53 BAYLOR L. REV. 783 (2001); *He Lies, You Die: Criminal Trials, Truth, Perjury, and Fairness,* 27 NEW ENGLAND J. ON CIVIL AND CRIMINAL CONFINEMENT 1 (2001); *Subject Matter Jurisdiction Under the Federal Securities Laws: The State of Affairs After Itoba,* 20 MARYLAND J. OF INT'L L. AND TRADE 235 (1996); *Determining Excessive Trading in Option Accounts: A Synthetic Valuation Approach,* 23 U. DAYTON L. REV. 316 (1997); *Catch-22 for Investors: Averaging Down Held to Preclude Fraud Remedies*, NEW YORK LAW JOURNAL (March 31, 2014); *Loss Causation Pleading Standard,* NEW YORK LAW JOURNAL (Feb. 25, 2005); *The PSLRA 'Automatic Stay' of Discovery,* NEW YORK LAW JOURNAL (March 3, 2003); and *Inherent Risk In Securities Cases In The Second Circuit,* NEW YORK LAW JOURNAL (Aug. 26, 2004).  He also authored *Protecting The Rights of International Clients in U.S. Securities Class Action Litigation,* INTERNATIONAL LITIGATION NEWS (Sept. 2007); Lifting the PSLRA "Automatic Stay" of Discovery, 80 N. DAK L. REV. 405 (2004); *Aftermarket Purchaser Standing Under § 11 of the Securities Act of 1933,* 73 ST. JOHN'S L. REV. 633 (1999); *Recent Rulings Allow Section 11 Suits By Aftermarket Securities Purchasers,* NEW YORK LAW JOURNAL  (Sept. 24, 1998); and

*Comment, Weissmann v. Freeman: The Second Circuit Errs in its Analysis of Derivative Copyrights by Joint Authors,* 63 ST. JOHN'S L. REV. 771 (1989).

Mr. Murray was on the trial team that prosecuted a securities fraud case under Section 10(b) of the Securities Exchange Act of 1934 against Microdyne Corporation in the Eastern District of Virginia and he was also on the trial team that presented a claim under Section 14 of the Securities Exchange Act of 1934 against Artek Systems Corporation and Dynatach Group which settled midway through the trial.

Mr. Murray's major cases include *In re Eagle Bldg. Tech. Sec. Litig.,* 221 F.R.D. 582 (S.D. Fla. 2004), 319 F. Supp. 2d 1318 (S.D. Fla. 2004) (complaint against auditor sustained due to magnitude and nature of fraud; no allegations of a "tip-off" were necessary); *In re Turkcell Iletisim A.S. Sec. Litig.,* 209 F.R.D. 353 (S.D.N.Y. 2002) (defining standards by which investment advisors have standing to sue); *In re Turkcell Iletisim A.S. Sec. Litig.,* 202 F. Supp. 2d 8 (S.D.N.Y. 2001) (liability found for false statements in prospectus concerning churn rates); *Feiner v. SS&C Tech., Inc.,* 11 F. Supp. 2d 204 (D. Conn. 1998) (qualified independent underwriters held liable for pricing of offering); *Malone v. Microdyne Corp.*, 26 F.3d 471 (4th Cir. 1994) (reversal of directed verdict for defendants); and *Adair v. Bristol Tech. Systems, Inc.,* 179 F.R.D. 126 (S.D.N.Y. 1998) (aftermarket purchasers have standing under section 11 of the Securities Act of 1933). Mr. Murray also prevailed on an issue of first impression in the Superior Court of Massachusetts, in Cambridge Biotech Corp. v. Deloitte and Touche LLP, in which the court applied the doctrine of continuous representation for statute of limitations purposes to accountants for the first time in Massachusetts. 6 Mass. L. Rptr. 367 (Mass. Super. Jan. 28, 1997). In addition, in *Adair v. Microfield Graphics, Inc.* (D. Or.), Mr. Murray settled the case for 47% of estimated damages. *In the Qiao Xing Universal Telephone* case, claimants received 120% of their recognized losses.

Among his current cases, Mr. Murray is currently co-lead counsel in the three securities class actions: *Robb v. Fitbit Inc.* (N.D. Cal.), *In re Deutsche Bank Sec. Litig.* (S.D.N.Y.), and *In re Horsehead Holding Corp. Sec. Litig.* (D. Del.).

Mr. Murray served as a Trustee of the Incorporated Village of Garden City (2000-2002); Commissioner of Police for Garden City (2000-2001); Co-Chairman, Derivative Suits Subcommittee, American Bar Association Class Action and Derivative Suits Committee, (2007-Present); Member, Sports Law Committee, Association of the Bar for the City of New York, 1994-1997; Member, Litigation Committee, Association of the Bar for the City of New York, 2003-2007; Member, New York State Bar Association Committee on Federal Constitution and Legislation, 2005-2008; Member, Federal Bar Council, Second Circuit Committee, 2007-2014.

Mr. Murray has been a panelist at CLEs sponsored by the Federal Bar Council and the Institute for Law and Economic Policy, at the German-American Lawyers Association Annual Meeting in Frankfurt, Germany, and is a frequent lecturer before institutional investors in Europe and South America on the topic of class actions.

**ROBERT V. PRONGAY** is a partner in the Firm's Los Angeles office where he focuses on the investigation, initiation, and prosecution of complex securities cases on behalf of institutional and individual investors. Mr. Prongay's practice concentrates on actions to recover investment

losses resulting from violations of the federal securities laws and various actions to vindicate shareholder rights in response to corporate and fiduciary misconduct.

Mr. Prongay has extensive experience litigating complex cases in state and federal courts nationwide. Since joining the Firm, Mr. Prongay has successfully recovered millions of dollars for investors victimized by securities fraud and has negotiated the implementation of significant corporate governance reforms aimed at preventing the reoccurrence of corporate wrongdoing. Some recent cases in which the Firm was appointed as lead counsel that Mr. Prongay has worked on include:

- Representation of the lead plaintiffs in *Fuller v. Imperial Holdings*, a putative securities class action on behalf of investors alleging violations of the Securities Act of 1933 in connection with the company's $189 million initial public offering. The lawsuit relates to misrepresentations and omissions about the company's business practices and involvement in illegal stranger-originated life insurance transactions. This matter is ongoing;

- Representation of the lead plaintiffs in *Curry v. Hansen Medical, Inc.*, a putative securities class action on behalf investors alleging violations of the Securities Exchange Act of 1934. The case relates to the company's restatement of several quarters of financial statements as a result of, among others, improper revenue recognition and accounting irregularities. The court recently upheld the sufficiency of the plaintiffs' allegations. This matter is ongoing;

- Representation of the lead plaintiffs in *Ho v. Duoyuan Global Water, Inc.*, a putative securities class action on behalf of investors alleging violations of the Securities Act of 1933 and the Securities Exchange Act of 1934. The case relates to misrepresentations and omissions about the financial condition and operations of a Chinese company publicly traded in the United States. The court recently upheld the sufficiency of the plaintiffs' allegations. This matter is ongoing;

- Representation of the lead plaintiff in *Crotteau v. Addus Homecare Corp.*, a securities class action on behalf of investors alleging violations of the Securities Act of 1933 in connection with the company's initial public offering. The case settled for $3 million;

- Representation of the lead plaintiff in *Murdeshwar v. Search Media Holdings Ltd.*, a securities class action alleging violations of the Securities Exchange Act of 1934. During the course of the litigation, the court found that the lead plaintiff had adequately alleged that the proxy materials provided to the investors of the special-purpose acquisition company contained misstatements and omissions about the company being acquired. The case settled for $2.75 million;

- Representation of the lead plaintiffs in *Mishkin v. Zynex Inc.*, a securities class action on behalf of investors alleging violations of the Securities Exchange Act of 1934. The case related to the company's restatement of its financial results and involved allegations that the company had engaged in a systematic scheme to over-bill insurance companies from which the company had routinely sought payment for the sale and rental of its products. After the court found the lead plaintiffs had adequately alleged violations of the federal securities laws, the case settled for $2.5 million; and

- Representation of the plaintiff in *Binder v. Shacknai*, a shareholder derivative action alleging various breaches of fiduciary duty under state law by the board of directors of a publicly traded company in connection with the company's restatement of its historical

financial results. The settlement of the action conferred substantial benefits on the corporation through the adoption of corporate governance reforms designed to protect the company and its shareholders against future instances of wrongdoing and broadly improve the corporate governance of the company.

Several of Mr. Prongay's cases have received national and regional press coverage. Mr. Prongay has been interviewed by journalists and writers for national and industry publications, ranging from *The Wall Street Journal* to the *Los Angeles Daily Journal*. Mr. Prongay recently appeared as a guest on Bloomberg Television where he was interviewed about the securities litigation stemming from the high-profile initial public offering of Facebook, Inc.

Mr. Prongay received his Bachelor of Arts degree in Economics from the University of Southern California and his Juris Doctor degree from Seton Hall University School of Law. Mr. Prongay is also an alumnus of the Lawrenceville School.

**LEE ALBERT** was admitted to the bars of the Commonwealth of Pennsylvania, the State of New Jersey, and the United States District Courts for the Eastern District of Pennsylvania and the District of New Jersey in 1986. He received his B.S. and M.S. degrees from Temple University and Arcadia University in 1975 and 1980, respectively, and received his J.D. degree from Widener University School of Law in 1986. Upon graduation from law school, Mr. Albert spent several years working as a civil litigator in Philadelphia, PA. Mr. Albert has extensive litigation and appellate practice experience having argued before the Supreme and Superior Courts of Pennsylvania and has over fifteen years of trial experience in both jury and non-jury cases and arbitrations. Mr. Albert has represented a national health care provider at trial obtaining injunctive relief in federal court to enforce a five-year contract not to compete on behalf of a national health care provider and injunctive relief on behalf of an undergraduate university.

Currently, Mr. Albert represents clients in all types of complex litigation including matters concerning violations of federal and state antitrust and securities laws, mass tort/product liability and unfair and deceptive trade practices. Some of Mr. Albert's current major cases include *In re Korean Ramen Direct Antitrust Litig.* (N.D. Cal.) (Co-Lead Counsel); *In Re Automotive Wire Harness Systems Antitrust Litigation* (E.D. Mich.)*; In Re Heater Control Panels Antitrust Litigation* (E.D. Mich.); *Kleen Products v. Packaging Corp. of America* (N.D. Ill.); *and In re Class 8 Transmission Indirect Purchaser Antitrust Litigation* (D. Del.) (Co-Lead counsel); and *In re Actos End Payor Antitrust Litig.* (13-cv-9244 S.D.N.Y.) (Executive Committee). Previously, Mr. Albert had a significant role in *Marine Products Antitrust Litigation* (C.D. Cal.) (Executive Committee); *Baby Products Antitrust Litigation* (E.D. Pa.); *In re ATM Fee Litigation* (N.D. Cal.); *In re Canadian Car Antitrust Litigation* (D. Me.); *In re Broadcom Securities Litigation* (C.D. Cal.); and has worked on *In re Avandia Marketing, Sales Practices and Products Liability Litigation* (E.D. Pa.); *In re Ortho Evra Birth Control Patch Litigation* (N.J. Super. Ct., Middlesex County); *In re AOL Time Warner, Inc. Securities Litigation* (S.D.N.Y.); *In re WorldCom, Inc. Securities Litigation* (S.D.N.Y.); and *In re Microsoft Corporation Massachusetts Consumer Protection Litigation* (Mass. Super. Ct.).

**KEVIN F. RUF** graduated from the University of California at Berkeley in 1984 with a Bachelor of Arts in Economics and earned his Juris Doctor degree from the University of

Michigan in 1987.  Mr. Ruf was admitted to the State Bar of California in 1988.  Mr. Ruf was an associate at the Los Angeles firm Manatt Phelps and Phillips from 1988 until 1992, where he specialized in commercial litigation and was a leading trial lawyer among the associates there. In 1993, he joined the firm Corbin & Fitzgerald in order to gain experience in criminal law. There, he specialized in white collar criminal defense work, including matters related to National Medical Enterprises, Cynergy Film Productions and the Estate of Doris Duke.  Mr. Ruf joined the Firm in 2001 and has taken a lead trial lawyer role in many of the Firm's cases.  In 2006, Mr. Ruf argued before the California Supreme Court in the case *Smith v. L'Oreal* and achieved a unanimous reversal of the lower court rulings; the case established a fundamental right of all California workers to immediate payment of all earnings at the conclusion of employment. In 2007, Mr. Ruf took an important case before the Ninth Circuit Court of Appeals, convincing the Court to affirm the lower court's certification of a class action in a fraud case (fraud cases have traditionally faced difficulty as class actions because of the requirement of individual reliance). Mr. Ruf has extensive trial experience, including jury trials, and considers his courtroom and oral advocacy skills to be his strongest asset as a litigator.  Mr. Ruf currently acts as the Head of the Firm's Labor and Consumer Practice, and has extensive experience in securities cases as well. Mr. Ruf also has experience in real estate law and has been a Licensed California Real Estate Broker since 1999.

**GREGORY B. LINKH** works out of the New York office, where he specializes in antitrust, securities, shareholder derivative, and consumer litigation.  Greg graduated from the State University of New York at Binghamton in 1996 and from the University of Michigan Law School in 1999.  While in law school, Greg externed with United States District Judge Gerald E. Rosen of the Eastern District of Michigan. Greg was previously associated with the law firms Dewey Ballantine LLP, Pomerantz Haudek Block Grossman & Gross LLP, and Murray Frank LLP.

Greg is the co-author of Inherent Risk In Securities Cases In The Second Circuit, NEW YORK LAW JOURNAL (Aug. 26, 2004); Staying Derivative Action Pursuant to PSLRA and SLUSA, NEW YORK LAW JOURNAL, P. 4, COL. 4 (Oct. 21, 2005) and the SECURITIES REFORM ACT LITIGATION REPORTER, Vol. 20, No. 3 (Dec. 2005).

Currently Greg's major cases include *In re Korean Ramen Direct Antitrust Litig*. (N.D. Cal.); *In re Class 8 Transmission Indirect Purchaser Antitrust Litig.* (11-009 D. Del.); *In re Skelaxin (Metaxalone) Antitrust Litig*. (MDL 2343 E.D. Tenn.); and *In re: Facebook, Inc., Derivative Litigation*  (12-2389 S.D.N.Y.).

**JOSEPH D. COHEN** has extensive complex civil litigation experience, and currently oversees the firm's settlement department, negotiating, documenting and obtaining court approval of the firm's securities, merger and derivative settlements.

Prior to joining the firm, Mr. Cohen successfully prosecuted numerous securities fraud, consumer fraud, antitrust and constitutional law cases in federal and state courts throughout the country.  Cases in which Mr. Cohen took a lead role include: *Jordan v. California Dep't of Motor Vehicles*, 100 Cal. App. 4th 431 (2002) (complex action in which the California Court of Appeal held that California's Non-Resident Vehicle $300 Smog Impact Fee violated the Commerce Clause of the United States Constitution, paving the way for the creation of a $665

million fund and full refunds, with interest, to 1.7 million motorists); *In re Geodyne Res., Inc. Sec. Litig.* (Harris Cty. Tex.) (settlement of securities fraud class action, including related litigation, totaling over $200 million); *In re Cmty. Psychiatric Centers Sec. Litig.* (C.D. Cal.) (settlement of $55.5 million was obtained from the company and its auditors, Ernst & Young, LLP); *In re McLeodUSA Inc., Sec. Litig.* (N.D. Iowa) ($30 million settlement); *In re Arakis Energy Corp. Sec. Litig.* (E.D.N.Y.) ($24 million settlement); *In re Metris Cos., Inc., Sec. Litig.* (D. Minn.) ($7.5 million settlement); *In re Landry's Seafood Rest., Inc. Sec. Litig.* (S.D. Tex.) ($6 million settlement); and *Freedman v. Maspeth Fed. Loan and Savings Ass'n*, (E.D.N.Y) (favorable resolution of issue of first impression under RESPA resulting in full recovery of improperly assessed late fees).

Mr. Cohen was also a member of the teams that obtained substantial recoveries in the following cases: *In re: Foreign Exchange Benchmark Rates Antitrust Litig.* (S.D.N.Y.) (partial settlements of approximately $2 billion); *In re Washington Mutual Mortgage-Backed Sec. Litig.* (W.D. Wash.) (settlement of $26 million); *Mylan Pharm., Inc. v. Warner Chilcott Public Ltd. Co.* (E.D. Pa.) ($8 million recovery in antitrust action on behalf of class of indirect purchasers of the prescription drug Doryx); *City of Omaha Police and Fire Ret. Sys. v. LHC Group, Inc.* (W.D. La.) (securities class action settlement of $7.85 million); and *In re Pacific Biosciences of Cal., Inc. Sec. Litig.* (Cal. Super. Ct.) ($7.6 million recovery).

In addition, Mr. Cohen was previously the head of the settlement department at Bernstein Litowitz Berger & Grossmann LLP. While at BLB&G, Mr. Cohen had primary responsibility for overseeing the team working on the following settlements, among others: *In Re Merck & Co., Inc. Sec., Deriv. & "ERISA" Litig.* (D.N.J.) ($1.062 billion securities class action settlement); *New York State Teachers' Ret. Sys. v. General Motors Co.* (E.D. Mich.) ($300 million securities class action settlement); *In re JPMorgan Chase & Co. Sec. Litig.* (S.D.N.Y.) ($150 million settlement); *Dep't of the Treasury of the State of New Jersey and its Division of Inv. v. Cliffs Natural Res. Inc., et al.* (N.D. Ohio) ($84 million securities class action settlement); *In re Penn West Petroleum Ltd. Sec. Litig.* (S.D.N.Y.) ($19.76 million settlement); and *In re BioScrip, Inc. Sec. Litig.* ($10.9 million settlement).

**SUSAN G. KUPFER** is a partner in the Firm's Berkeley office. Ms. Kupfer joined the Firm in 2003 and received her A.B. degree from Mount Holyoke College in 1969 and her Juris Doctor degree from Boston University School of Law in 1973. She did graduate work at Harvard Law School and, in 1977, was named Assistant Dean and Director of Clinical Programs at Harvard, supervising and teaching in that program of legal practice and related academic components.

For much of her legal career, Ms. Kupfer has been a professor of law. Her areas of academic expertise are Civil Procedure, Federal Courts, Conflict of Laws, Constitutional Law, Legal Ethics, and Jurisprudence. She has taught at Harvard Law School, Hastings College of the Law, Boston University School of Law, Golden Gate University School of Law, and Northeastern University School of Law. From 1991 through 2002, she was a lecturer on law at the University of California, Berkeley, Boalt Hall, teaching Civil Procedure and Conflict of Laws. Her publications include articles on federal civil rights litigation, legal ethics, and jurisprudence. She has also taught various aspects of practical legal and ethical training, including trial advocacy, negotiation and legal ethics, to both law students and practicing attorneys.

Ms. Kupfer previously served as corporate counsel to The Architects Collaborative in Cambridge and San Francisco, and was the Executive Director of the Massachusetts Commission on Judicial Conduct.  She returned to the practice of law in San Francisco with Morgenstein & Jubelirer and Berman DeValerio LLP before joining the Firm.

Ms. Kupfer's practice is concentrated in complex antitrust litigation.  She has served as Co-Lead Counsel in several multidistrict antitrust cases: *In re Photochromic Lens Antitrust Litig.* (MDL 2173, M.D. Fla. 2010); *In re Fresh and Process Potatoes Antitrust Litig.* (D. ID. 2011); *In re Korean Air Lines Antitrust Litig.* (MDL No. 1891, C.D. Cal. 2007); *In re Urethane Antitrust Litigation* (MDL 1616, D. Kan. 2004); *In re Western States Wholesale Natural Gas Litigation* (MDL 1566, D. Nev. 2005); and *Sullivan v. DB Investments* (D.N.J. 2004).  She has been a member of the lead counsel teams that achieved significant settlements in: *In re Sorbates Antitrust Litigation* ($96.5 million settlement); *In re Pillar Point Partners Antitrust Litigation* ($50 million settlement); and *In re Critical Path Securities Litigation* ($17.5 million settlement).

Ms. Kupfer is a member of the bar of Massachusetts and California, and is admitted to practice before the United States District Courts for the Northern, Central, Eastern, and Southern Districts of California, the District of Massachusetts, the Courts of Appeals for the First and Ninth Circuits, and the U.S. Supreme Court.

**MARC L. GODINO** has extensive experience successfully litigating complex, class action lawsuits as a plaintiffs' lawyer. Mr. Godino has played a primary role in cases resulting in settlements of more than $100 million.  He has prosecuted securities, derivative, merger & acquisition, and consumer cases throughout the country in both state and federal court, as well as represented defrauded investors at FINRA arbitrations.  Mr. Godino manages the Firm's consumer class action department.

While an associate with Stull Stull & Brody, Mr. Godino was one of the two primary attorneys involved in *Small v. Fritz Co.*, 30 Cal. 4th 167 (April 7, 2003), in which the California Supreme Court created new law in the State of California for shareholders that held shares in detrimental reliance on false statements made by corporate officers.  The decision was widely covered by national media including *The National Law Journal*, the *Los Angeles Times*, the *New York Times*, and the *New York Law Journal*, among others, and was heralded as a significant victory for shareholders.

Recent successes with the Firm include: *In re Magma Design Automation, Inc. Securities Litig.*, Case No. 05-2394 (N.D. Cal.) ($13,500,000.00 cash settlement for shareholders); *In re Hovnanian Enterprises, Inc. Sec. Litig.*, Case No. 08-cv-0099 (D.N.J.) ($4,000,000.00 cash settlement for shareholders); *In re Skilled Healthcare Group, Inc. Sec. Litig.*, Case No. 09-5416 (C.D. Cal.) ($3,000,000.00 cash settlement for shareholders); *In re Youbet.com, Inc. Shareholder Litig.*, Case No. BC426144 (L.A. Sup. Ct.) (settlement provided supplemental disclosures to shareholders in this merger action); *Burth v. MSC Software Corp.*, Case No. 30-2009-00282743 (Orange Cty. Sup. Ct.) (settlement provided supplemental disclosures to shareholders in this merger action); *Kelly v. Phiten USA, Inc.*, Case No. 11-67 (S.D. Iowa) ($3.2 million dollar cash settlement in addition to injunctive relief); *Shin v. BMW of North America*, 2009 WL 2163509 (C.D. Cal. July 16, 2009) (after defeating a motion to dismiss, the case settled on very favorable terms for class members including free replacement of cracked wheels); *Payday Advance Plus,*

*Inc. v. MIVA, Inc.*, Case No. 06-1923 (S.D.N.Y.) ($3,936,812 cash settlement for class members); *Villefranche v. HSBC Bank Nevada, N.A.*, Case No. 09-3693 (C.D.Cal.) (after defeating a motion to dismiss, the case resulted in 100% recovery to class members); *Esslinger v. HSBC Bank Nevada, N.A.*, Case No. 10-03213 (E.D. Pa.) ($23.5 million settlement pending final approval); *In re Discover Payment Protection Plan Marketing and Sales Practices Litig.*, Case No. 10-06994 ($10.5 million settlement pending final approval).

Other published decisions include: *In re 2TheMart.com Sec. Litig.*, 114 F. Supp. 2d 955 (C.D. Cal. 2002) (motion to dismiss denied); *In re Irvine Sensors Sec. Litig.*, 2003 U.S. Dist. LEXIS 18397 (C.D. Cal. 2003) (motion to dismiss denied); *Shin v. BMW of North America*, 2009 WL 2163509 (C.D. Cal. July 16, 2009) (motion to dismiss denied); *In re Toyota Motor Corp. Hybrid Brake Marketing, Sales, Practices and Products Liability Litig.*, 2011 WL 6189467 (C.D. Cal. Dec. 13, 2011) (motion to compel arbitration denied).

Mr. Godino received his undergraduate degree from Susquehanna University with a Bachelor of Science degree in Business Management. He received his Juris Doctor degree from Whittier Law School in 1995.

Mr. Godino is admitted to practice before the State of California, the United States District Courts for the Central, Northern, and Southern Districts of California, the District of Colorado, and the Ninth Circuit Court of Appeals.

**EX KANO S. SAMS II** earned his Bachelor of Arts degree in Political Science from the University of California Los Angeles. Mr. Sams earned his Juris Doctor degree from the University of California Los Angeles School of Law, where he served as a member of the *UCLA Law Review*. After law school, Mr. Sams practiced class action civil rights litigation on behalf of plaintiffs. Subsequently, Mr. Sams was a partner at Coughlin Stoia Geller Rudman & Robbins LLP (currently Robbins Geller Rudman & Dowd LLP) – the largest plaintiffs' class action firm in the country – where his practice focused on securities and consumer class actions on behalf of investors and consumers.

Mr. Sams has served as lead counsel in dozens of securities class actions, shareholder derivative actions, and complex litigation cases throughout the United States. In conjunction with the efforts of co-counsel, Mr. Sams briefed and successfully obtained the reversal in the Ninth Circuit of an order dismissing class action claims brought pursuant to Sections 11 and 15 of the Securities Act of 1933. *Hemmer Group v. SouthWest Water Co.*, No 11-56154, 2013 WL 2460197 (9th Cir. June 7, 2013). In another securities case that he actively litigated, Mr. Sams assisted in a successful appeal before a Fifth Circuit panel that included former United States Supreme Court Justice Sandra Day O'Connor sitting by designation, in which the court unanimously vacated the lower court's denial of class certification, reversed the lower court's grant of summary judgment, and issued an important decision on the issue of loss causation in securities litigation: *Alaska Electrical Pension Fund v. Flowserve Corp.*, 572 F.3d 221 (5th Cir. 2009). The case settled for $55 million.

Mr. Sams has also obtained other significant results. Notable examples include: *Forbush v. Goodale*, No. 33538/2011, 2013 WL 582255 (N.Y. Sup. Feb. 4, 2013) (denying motions to dismiss in a shareholder derivative action); *Curry v. Hansen Med.*, No. C 09-5094 CW, 2012 WL

Page 21

3242447 (N.D. Cal. Aug. 10, 2012) (upholding securities fraud complaint; case settled for $8.5 million); *Wilkof v. Caraco Pharm. Labs.*, 280 F.R.D. 332 (E.D. Mich. 2012) (granting class certification); *Puskala v. Koss Corp.*, 799 F. Supp. 2d 941 (E.D. Wis. 2011) (upholding securities fraud complaint); *Mishkin v. Zynex Inc.*, Civil Action No. 09-cv-00780-REB-KLM, 2011 WL 1158715 (D. Colo. Mar. 30, 2011) (denying defendants' motion to dismiss securities fraud complaint); *Wilkof v. Caraco Pharm. Labs.*, No. 09-12830, 2010 WL 4184465 (E.D. Mich. Oct. 21, 2010) (upholding securities fraud complaint and cited favorably by the Eighth Circuit in *Public Pension Fund Grp. v. KV Pharm. Co.*, 679 F.3d 972, 981-82 (8th Cir. 2012)); and *Tsirekidze v. Syntax-Brillian Corp.*, No. CV-07-02204-PHX-FJM, 2009 WL 2151838 (D. Ariz. July 17, 2009) (granting class certification; case settled for $10 million).

Additionally, Mr. Sams has successfully represented consumers in class action litigation. Mr. Sams worked on nationwide litigation and a trial against major tobacco companies, and in statewide tobacco litigation that resulted in a $12.5 billion recovery for California cities and counties in a landmark settlement. He also was a principal attorney in a consumer class action against one of the largest banks in the country that resulted in a substantial recovery and a change in the company's business practices. Mr. Sams also participated in settlement negotiations on behalf of environmental organizations along with the United States Department of Justice and the Ohio Attorney General's Office that resulted in a consent decree requiring a company to perform remediation measures to address the effects of air and water pollution.

Mr. Sams is a member of the Los Angeles County Bar Association, the John M. Langston Bar Association, the Consumer Attorneys of California, the Association of Business Trial Lawyers, and Public Justice. Mr. Sams regularly volunteers at the Brookins Legal Clinic at Brookins Community A.M.E. Church to provide pro bono legal services to low-income and underrepresented individuals in South Central Los Angeles. Mr. Sams also serves as a mentor to law students through the John M. Langston Bar Association.

**JOSHUA L. CROWELL** concentrates his practice on prosecuting complex securities cases on behalf of investors. Currently, he is pursuing federal securities class actions against Hansen Medical, Inc., and Green Dot Corp.

Prior to joining Glancy Prongay & Murray LLP, Joshua was an Associate at Labaton Sucharow LLP in New York, where he helped secure large federal securities class settlements in In re Countrywide Financial Corporation Securities Litigation ($624 million) and the Oppenheimer Champion and Core Bond fund cases ($100 million combined). He began his legal career as an Associate at Paul, Hastings, Janofsky & Walker LLP in New York, primarily representing clients in the financial industry in commercial litigation.

Prior to attending law school, Joshua was a Senior Economics Consultant at Ernst & Young LLP, where he priced intercompany transactions and calculated the value of intellectual property. Joshua received a J.D., *cum laude*, from The George Washington University Law School. During law school, he was an Associate of The George Washington Law Review and a member of the Mock Trial Board. He was also a law intern for Chief Judge Edward J. Damich of the United States Court of Federal Claims. Joshua earned a B.A. in International Relations from Carleton College.

**KARA M. WOLKE**'s practice spans consumer, labor, securities, and other complex class action prosecution. She has extensive experience in written appellate advocacy in both State and Federal Circuit Courts of Appeals, and has successfully argued before the Court of Appeal for the State of California.

Ms. Wolke graduated *summa cum laude* with a B.S.B.A. in Economics from The Ohio State University in 2001, and subsequently earned her J.D. (with honors) from Ohio State, where she was active in Moot Court and received the Dean's Award for Excellence during each of her three years. In 2005, she was a finalist in a national writing competition co-sponsored by the American Bar Association and the Grammy® Foundation. (published at 7 VAND. J. ENT. L. & PRAC. 411). Ms. Wolke is admitted to the State Bar of California, the Ninth Circuit Court of Appeals, as well as the United States District Courts for the Northern, Southern, and Central Districts of California.

**MARK S. GREENSTONE** concentrates on consumer, financial fraud, and employment-related class actions. Possessing significant law and motion and trial experience, Mr. Greenstone has represented clients in multi-million dollar disputes in California state and federal courts, as well as the Court of Federal Claims in Washington, D.C.

Mr. Greenstone received his training as an associate at Sheppard, Mullin, Richter & Hampton LLP where he specialized in complex business litigation relating to investment management, government contracts and real estate. Upon leaving Sheppard Mullin, Mr. Greenstone founded an internet-based company offering retail items on multiple platforms nationwide. He thereafter returned to law bringing a combination of business and legal skills to his practice.

Mr. Greenstone graduated Order of the Coif from the UCLA School of Law. He also received his undergraduate degree in Political Science from UCLA, where he graduated Magna Cum Laude and was inducted into the Phi Beta Kappa honor society.

Mr. Greenstone is a member of the Consumer Attorneys Association of Los Angeles, the Santa Monica Bar Association and the Beverly Hills Bar Association. He is admitted to practice in state and federal courts throughout California.

**JONATHAN M. ROTTER** leads the Firm's intellectual property litigation practice. He recently served for three years as the first Patent Pilot Program Law Clerk at the United States District Court for the Central District of California. There, he assisted the Honorable S. James Otero, Andrew J. Guilford, George H. Wu, John A. Kronstadt, and Beverly Reid O'Connell with hundreds of patent cases in every major field of technology, from complaint to post-trial motions. Before his service to the court, Mr. Rotter practiced at an international law firm, where he argued appeals at the Federal Circuit, Ninth Circuit, and California Court of Appeal, as well as tried cases, argued motions, and managed all aspects of complex litigation. His cases involved diverse technologies in both "wet" and "dry" disciplines, and he excels at the critical skill of translating complex subject matter into a coherent story that can be digested by judges and juries.

In addition to intellectual property matters, Mr. Rotter has handled cases involving antitrust, securities, banking, real estate, government, business disputes, product liability, and professional

liability.  Mr. Rotter served as a law clerk to the Honorable Milan D. Smith, Jr., at the United States Court of Appeals for the Ninth Circuit.  He also served as a volunteer criminal prosecutor for the Los Angeles City Attorney's Office.

Mr. Rotter graduated with honors from Harvard Law School in 2004.  He served as an editor of the Harvard Journal of Law & Technology, and was selected to be a Fellow in Law and Economics at the John M. Olin Center for Law, Economics, and Business, and a Fellow in Justice, Welfare, and Economics at the Weatherhead Center For International Affairs.  He graduated with honors from the University of California, San Diego in 2000 with a B.S. in molecular biology and a B.A. in music.

Mr. Rotter is admitted to practice before the United States Patent & Trademark Office, the United States Courts of Appeals for the Ninth and Federal Circuits, and the United States District Courts for the Northern, Central, and Southern Districts of California.  He has written extensively on intellectual property issues, and has been honored for his work with legal service organizations.

**CASEY E. SADLER** graduated from the University of Southern California, Gould School of Law and joined the Firm in 2010.  While attending law school, Mr. Sadler externed for the Enforcement Division of the Securities and Exchange Commission, spent a summer working for P.H. Parekh & Co. -- one of the leading appellate law firms in New Delhi, India -- and was a member of USC's Hale Moot Court Honors Program.

Mr. Sadler is an associate in the Firm's Los Angeles office and he specializes in securities and consumer litigation. Mr. Sadler is admitted to the State Bar of California, and the United States District Courts for the Northern, Southern, and Central Districts of California.

**LESLEY F. PORTNOY** joined the firm in 2014. He has represented clients throughout the country in securities litigation and class actions. Mr. Portnoy has previously served as counsel to investors in Bernard L. Madoff securities, assisting the SIPC trustee Irving Picard in recovering money on behalf of defrauded investors. During law school, he worked in the New York Supreme Court Commercial Division, the Second Circuit Court of Appeals, and the New York City Law Department. Mr. Portnoy has represented pro bono clients in New York and California.

### SENIOR COUNSEL

**JASON L. KRAJCER** is senior counsel in the firm's Los Angeles office.  He specializes in complex securities cases and has extensive experience in all phases of litigation (fact investigation, pre-trial motion practice, discovery, trial, appeal).

Prior to joining Glancy Prongay & Murray LLP, Mr. Krajcer was an Associate at Goodwin Procter LLP where he represented issuers, officers and directors in multi-hundred million and billion dollar securities cases.  He began his legal career at Orrick, Herrington & Sutcliffe LLP, where he represented issuers, officers and directors in securities class actions, shareholder derivative actions, and matters before the U.S. Securities & Exchange Commission.

Mr. Krajcer is admitted to the State Bar of California, the Bar of the District of Columbia, the United States Supreme Court, the Ninth Circuit Court of Appeals, and the United States District Courts for the Central and Southern Districts of California.

### ASSOCIATES

**LEANNE E. HEINE** joined Glancy Prongay & Murray LLP in 2012.  Leanne graduated *summa cum laude* from Tulane University with a B.S.M. in Accounting and Finance in 2007, and she received her J.D. from the University of Texas School of Law in 2011.  While attending law school, Leanne was an editor for the Texas International Law Journal, a student attorney for the Immigration and Worker Rights Clinics, and she externed with MALDEF and the Texas Civil Rights Project.  Leanne is a member of the Beta Gamma Sigma Business Honors Society.  She is a registered CPA in Illinois, and was admitted to the California State Bar in 2011.

**THOMAS J. KENNEDY** works out of the New York office, where he specializes in securities, antitrust, and consumer litigation.  He received a Juris Doctor degree from St. John's University School of Law in 1995.  At St. John's, he was a member of the ST. JOHN'S JOURNAL OF LEGAL COMMENTARY.  Tom graduated from Miami University in 1992 with a Bachelor of Science degree in Accounting and has passed the CPA exam.  Tom was previously associated with the law firm Murray Frank LLP.

**JARED F. PITT** joined Glancy Prongay & Murray LLP in 2012, specializing in securities, consumer, and anti-trust litigation. Prior to joining the firm, Mr. Pitt was an associate at Willoughby Doyle LLP and was a senior financial statement auditor for KMPG LLP where he earned his CPA license.

Jared earned his J.D. from Loyola Law School in 2010. Prior to attending law school he graduated with honors from both the University of Michigan's Ross School of Business and USC's Marshall School of Business where he received a Masters of Accounting.

**BRIAN S. UMPIERRE** has specialized in class action, consumer and antitrust litigation since his admission to the California Bar in 2005, where he is a member of the Antitrust and Unfair Competition Section of the California Bar.  While in law school at Villanova University School of Law, Mr. Umpierre was an extern for the U.S. Environmental Protection Agency - Region III in Philadelphia, PA. He graduated from the University of Scranton, where he was a member of Alpha Kappa Delta, the International Sociology Honor Society.

**CHRISTOPHER FALLON** joined the firm in 2013 specializing in securities, consumer, and anti-trust litigation. Prior to joining the firm, Mr. Fallon was a contract attorney with O'Melveny & Myers LLP working on anti-trust and business litigation disputes. He is a Certified E-Discovery Specialist through the Association of Certified E-Discovery Specialists (ACEDS).

Mr. Fallon earned his J.D. and a Certificate in Dispute Resolution from Pepperdine Law School in 2004. While attending law school, Christopher worked at the Pepperdine Special Education Advocacy Clinic and interned with the Rhode Island Office of the Attorney General. Prior to attending law school, he graduated from Boston College with a Bachelor of Arts in Economics

and a minor in Irish Studies, then served as Deputy Campaign Finance Director on a U.S. Senate campaign.

**DANIELLE L. MANNING** joined the firm in 2016. Ms. Manning received her Bachelor of Arts degree with honors in Environmental Analysis from Claremont McKenna College. Ms. Manning received her Juris Doctor degree from the University of California Los Angeles School of Law, where she served as Chief Managing Editor of the *Journal of Environmental Law and Policy*. While attending law school, Ms. Manning externed for the Honorable Laurie D. Zelon in the California Court of Appeal and interned for the California Department of Justice, Office of the Attorney General. Prior to law school, Ms. Manning worked as a paralegal in a large law firm.

**JENNIFER M. LEINBACH** joined the firm in 2016. Prior to joining the firm, Ms. Leinbach served for nearly five years as a judicial law clerk for a number of judges in the Central District of California. As a judicial law clerk, Ms. Leinbach was responsible for assisting these judges with case management, preparing for hearings and trial, and drafting rulings. Ms. Leinbach worked on a variety of different cases, including cases involving financial fraud, insolvency and complex civil litigation. Ms. Leinbach was also responsible for assisting those judges, sitting by designation, on appellate cases.

Ms. Leinbach graduated *magna cum laude* from Vermont Law School and was a member of *Vermont Law Review*, where she focused on environmental law issues. During law school, Ms. Leinbach served as a judicial extern in the District of Vermont. She obtained her undergraduate degree *cum laude* from Pepperdine University.

**ALEXA MULLARKY** joined the Firm in 2015. Ms. Mullarky graduated *cum laude* from the University of Washington with a Bachelor of Arts degree in Law, Societies, and Justice. Ms. Mullarky received her Juris Doctor degree from the USC Gould School of Law, where she was a member of the Hale Moot Court Honors Program Executive Board. While attending law school, Ms. Mullarky interned in the legal department of Southern California Edison, a Fortune 500 company, where she worked in energy regulations.

**CHARLES H. LINEHAN** joined the Firm in 2015. Mr. Linehan graduated *summa cum laude* from the University of California, Los Angeles with a Bachelor of Arts degree in Philosophy and a minor in Mathematics. Mr. Linehan received his Juris Doctor degree from the UCLA School of Law, where he was a member of the UCLA Moot Court Honors Board. While attending law school, Mr. Linehan participated in the school's First Amendment Amicus Brief Clinic (now the Scott & Cyan Banister First Amendment Clinic) where he worked with nationally recognized scholars and civil rights organizations to draft amicus briefs on various Free Speech issues.

**GARTH A. SPENCER** joined the firm in 2016 and is based in the New York office. His work includes securities, antitrust and consumer litigation. Mr. Spencer also works on whistleblower matters.

Mr. Spencer received his B.A. in Mathematics from Grinnell College in 2006. He received his J.D. in 2011 from Duke University School of Law, where he was a staff editor on the Duke Law Journal. From 2011 until 2014 he worked in the tax group of a large, international law firm.

Since 2014 he has worked on tax whistleblower matters. Immediately prior to joining Glancy Prongay & Murray, Mr. Spencer attended New York University where he received an LL.M. in Taxation.

**MELISSA WRIGHT** joined the Firm in 2014. Melissa received her J.D. from the UC Davis School of Law in 2012, where she was a board member of Tax Law Society and externed for the California Board of Equalization's Tax Appeals Assistance Program focusing on consumer use tax issues. Melissa also graduated from NYU School of Law, where she received her LL.M. in Taxation in 2013.

**BRYAN FAUBUS** joined the firm in 2017 and is based in the New York office. His work includes securities, antitrust, and consumer litigation.

Mr. Faubus received his B.A. in Urban Studies, with Honors, from the University of Texas at Austin in 2005. He received his J.D., cum laude, from Duke University School of Law, where he was the Online Editor of the Duke Law Journal. Mr. Faubus authored *Narrowing the Bankruptcy Safe Harbor for Derivatives to Combat Systemic Risk*, 59 Duke L.J. 801 (2010). Prior to joining Glancy Prongay & Murray he practiced commercial litigation and real estate law at two large, international law firms.

**DANA K. VINCENT** received her J.D. in 2002 from Georgetown University Law Center in Washington D.C. and her B.A. cum laude from Spellman College in 1995. Dana also earned an M.A. in Economics from the New School in 1999, where she was the Aaron Diamond Fellow. Ms. Vincent has served as a Law Clerk to the Hon. Sterling Johnson, Jr. of Brooklyn, NY, and has significant experience in the New York Office of the Attorney General where she served as an Assistant Attorney General from 2003-2006. She was a consultant to the Marshall Project, an online journalism organization focusing on U.S. Criminal Justice issues.

**MEHRDAUD JAFARNIA** received his J.D. in 2001 from Southwestern University School of Law, having earlier earned a B.A. in Political Science/International Relations from the University of California at Los Angeles (UC Regents Merit Scholarship Award and the Vance Burch Scholarship). Mr. Jafarnia served as a Staff Attorney for the 9th Circuit Court of Appeals and has represented financial institutions in adversary and evidentiary proceedings in the Bankruptcy Courts.

## OF COUNSEL

**PETER A. BINKOW** has prosecuted lawsuits on behalf of consumers and investors in state and federal courts throughout the United States. He served as Lead or Co-Lead Counsel in many class action cases, including: *In re Mercury Interactive Securities Litigation* ($117.5 million recovery); *Schleicher v Wendt* (Conseco Securities litigation - $41.5 million recovery); *Lapin v Goldman Sach*s ($29 million recovery); *In re Heritage Bond Litigation* ($28 million recovery); *In re National Techteam Securities Litigation* ($11 million recovery for investors); *In re Lason Inc. Securities Litigation* ($12.68 million recovery), *In re ESC Medical Systems, Ltd. Securities Litigation* ($17 million recovery); and many others. In *Schleicher v Wendt*, Mr. Binkow successfully argued the seminal Seventh Circuit case on class certification, in an opinion

authored by Chief Judge Frank Easterbrook. He has argued and/or prepared appeals before the Ninth Circuit, Seventh Circuit, Sixth Circuit and Second Circuit Courts of Appeals.

Mr. Binkow joined the Firm in 1994, became a partner in 2002, and took Of Counsel status in 2015. He was born on August 16, 1965 in Detroit, Michigan. Mr. Binkow obtained a Bachelor of Arts degree from the University of Michigan in 1988 and a Juris Doctor degree from the University of Southern California in 1994.



## BIOGRAPHY

Founding partner Jasper Ward is currently serving as lead counsel in MDL No. 2775, *In re Smith & Nephew Birmingham (BHR) Hip Litigation* and MDL No. 2677, *In re Daily Fantasy Sports Litigation*, a national class action based on the consumer protection violation and illegal online gambling allegations against DraftKings and FanDuel. He is currently also serving on two Plaintiffs Steering Committee for MDLs involving defective metal-on-metal hips (MDL No. 2391, *In Re: Biomet Hip Implant Litigation* and MDL No. 2441, *In Re: Stryker Rejuvenate Hip Implant Litigation*). He was recently on the PSC for the consumer class action MDL 2407, *In Re: Higher One OneAccount Marketing and Sales Practices Litigation*, which he helped settle in 2013, and was co-lead counsel for the class *In re West Point Train Derailment*, Western District of Kentucky, which settled in 2014. He is co-lead counsel for a consolidated class action involving eight other plaintiffs' firms and dozens of named class representatives in the Eastern District of New York against multiple major national retailers over eight figures worth of recalled product, and is lead class counsel against General Electric on behalf of a class of 10,000 homeowners involving the largest fire in Louisville history. Mr. Ward is currently lead counsel or co-lead counsel and personally litigating numerous class actions pending in state and federal courts across the country. He has been named a Super Lawyer Rising Star for the past 5 years.

Founding Partner Larry Jones is currently lead counsel on MDL No. 2767, *In re Mirena IUD Products Liability Litigation* litigating against an international drug company on behalf of hundreds of women in individual cases across the United States for personal injuries related to a defective birth control product. For the first half of his career, he represented some of the largest companies in the world as a litigator at Tachau Maddox Hovious & Dickens, PLC. Today, Larry uses his skill, experience and training to fight for real people. After leaving the Tachau firm, Larry founded Bahe Cook Cantley & Jones PLC and then Jones Ward PLC, a national class action and mass torts law firm. Larry has attained the prestigious Martindale-Hubbell AV® Peer Review Rating — An AV® certification mark is a significant rating accomplishment – a testament to the fact that a lawyer's peers rank him or her at the highest level of professional excellence. It is the highest rating a lawyer can receive. Larry has been selected as a Kentucky Super Lawyer for mass torts/class action, personal injury and political law. Larry is a member of the Million Dollar Advocates Forum, having achieved numerous multi-million dollar results for his clients. Larry has also been selected by the National Trial Lawyers Association as one of the Top 100 Trial Lawyers in Kentucky. Moreover, Larry has been selected by Louisville Magazine as one of "Louisville's Top Lawyers" on several occasions. Larry was recently selected as one of "Kentucky's Top Rated Lawyers" as seen in the Louisville Courier Journal,Lexington Herald-Leader, The National Law Journal, The Wall Street Journal, The American Lawyer and Corporate Counsel Magazine. Larry has appeared on CNN, ABC, CBS, NBC, FOX and local television outlets throughout the United States. Additionally, newspapers around the world have published articles featuring Larry and his cases. On November 4, 2009, Governor Steve Beshear appointed Larry to serve as a Special Justice on the Kentucky Supreme Court. Chief Justice Minton selected Larry to author the opinion of the Court, which was adopted unanimously by his fellow Supreme Court justices in 2011.

312 South Fourth Street
6th Floor
Louisville, Kentucky 40202

Telephone:    (502) 882-6000
Facsimile:    (502) 587-2007
Web: www.the-recall-lawyers.com



## ABOUT JONES WARD

Jones Ward PLC is a national law firm based in Louisville with two partners and seven associates, all of whom specialize solely in complex class action and mass tort litigation. We are the largest mass torts and class action plaintiffs' firm in Kentucky. Larry Jones and Jasper Ward, who were both born and raised in Louisville, started Jones Ward PLC in 2010 to focus on the mass tort and class action practices they started while working together at their previous firm.

As a testament to our firm's ability to handle complex litigation, in 2012 the Attorney General of Kentucky selected our firm to represent the Commonwealth of Kentucky against a major international pharmaceutical company on behalf of both the Commonwealth and its consumers related to the marketing and sales practices for the blockbuster drug Avandia. And the Attorney General again selected our firm in 2016 to represent the Commonwealth against Johnson & Johnson regarding the TVM/mesh medical device.

In addition to leadership positions in Multi-District Litigation, Jones Ward PLC represents thousands of clients across the country in products liability, class action and Multi-District Litigation cases. We are currently lead counsel on products liability and mass tort cases pending in more than 15 states. We were co-lead counsel for the first class action filed in Kentucky for Kentucky citizens owning property and businesses in Gulf States affected by the BP Oil Spill and served on a subcommittee in the BP MDL. Our firm has served or is currently serving as lead or co-lead counsel in dozens of complex cases involving a wide range of legal issues such as Sherman Act violations, environmental contamination, state and federal wage and hour violations, computer security breaches and state consumer protection laws.

## ATTORNEY EDUCATION AND BIOGRAPHY

**Jasper D. Ward, IV, Founding Partner**
- ➢ B.A., Georgetown University, Washington D.C., 2000 (graduated in 3 years)
- ➢ J.D., University of Louisville Brandeis School of Law, Louisville, KY, 2007
  - o Graduated *magna cum laude*
  - o Book awards in Contracts I, Contracts II, Civil Pro. I, Civil Pro. II
  - o Member, Brandeis Law Journal Vol. 44
- ➢ Admitted to bar in Kentucky, 2007
- ➢ Admitted to practice:
  - o Western District of Kentucky
  - o Eastern District of Kentucky
  - o Southern District of Indiana
  - o Northern District of Indiana
  - o District of Nevada
  - o District of Colorado
  - o Eastern District of Missouri
  - o Northern District of Florida
- ➢ Current member of American Association for Justice Leaders Forum, Kentucky Bar Association, Kentucky Justice Associate, Louisville Bar Association



LAW OFFICE OF

JEAN SUTTON MARTIN

- PLLC -

2018 EASTWOOD RD SUITE 225
WILMINGTON, NC 28403
OFFICE 910-292-6676 | TOLL FREE 888-316-3485
FAX 888-316-3489
JEAN@JSMLAWOFFICE.COM | JSMLAWOFFICE.COM

**Jean Sutton Martin** is the founding partner of the Law Office of Jean Sutton Martin PLLC. The majority of her practice for the last 20 years has concentrated on complex litigation, including consumer class actions. She presently serves as Co-Lead Counsel in *Linnins, et al., v. HAECO Americas, LLC, et al.*, 16-cv-486 (M.D.N.C.) (employee data disclosure) (preliminary approval granted), Co-Lead Counsel, *Gordon, et al. v. Chipotle Mexican Grill, Inc.*,17-cv-01415 (D. Colo.) (nationwide data breach), and serves on the Plaintiffs' Steering Committee for the MDL cases *In re: Smith & Nephew Birmingham Hip Resurfacing (BHR) Hip Implant Products Liability Litigation*, 17-md-2775 (D. Md.). Ms. Martin served as co-lead counsel in *Fuentes, et al. v. UniRush, LLC, et al.,* No. 1:15-cv-08372 (S.D.N.Y.) (disruption in servicing of financial accounts) and class counsel in *Lewis, et al., v. Green Dot Corp., et al.*, No. 2:16-cv-03557 (C.D. Cal) (same).

She graduated from Wake Forest University School of Law, where she served as Editor-in-Chief of the *Wake Forest Law Review*. She has been honored with the prestigious "AV" rating by Martindale-Hubbell. Ms. Martin has earned eDiscovery certification from the eDiscovery Training Academy at Georgetown Law Center. In 2015, Ms. Martin was inducted as a Fellow of the Litigation Counsel of America and in 2016, she was selected as the top Litigation attorney in the State of North Carolina for *Business North Carolina Magazine's Legal Elite* and is now a member of the *Legal Elite* Hall of Fame.

# JEAN SUTTON MARTIN

EMPLOYMENT

Law Office of Jean Sutton Martin PLLC
Wilmington, North Carolina
December 2014 - present
Focusing on consumer class actions, data breach litigation and mass torts
Leadership Positions:

Co-Lead Counsel, *Gordon, et al. v. Chipotle Mexican Grill, Inc.*,17-cv-01415 (D. Colo.)
Co-Lead Counsel, *Linnins, et al.  v. HAECO Americas, LLC, et al.*, 16-cv-486 (M.D.N.C.)(preliminary approval of settlement granted)
Plaintiffs' Steering Committee, *In re: Smith & Nephew Birmingham Hip Resurfacing (BHR) Hip Implant Products Liability Litigation*, 17-md-2775 (D. Md.)
Class Counsel, *In Re: Outer Banks Power Outage Litigation*, 4:17-CV-141 (E.D.N.C.) (preliminary approval of settlement granted)
Co-Lead Counsel, *Fuentes, et al. v. UniRush, LLC, et al.*, No. 1:15-cv-08372 (S.D.N.Y)(settled)
Class Counsel, *Lewis, et. al. v. Green Dot Corp., et al.*, 2:16-cv-03557 (C.D. Cal.)(settled)

Rhine Martin Law Firm, P.C., Managing Partner
Wilmington, North Carolina
May 2011 - December 2014
Handled all of the firm's pharmaceutical drug and medical device litigation
Also handled complex civil litigation, catastrophic personal injury cases, consumer class actions and contingency fee business litigation
Significant Cases:     $3.1 million settlement in trial for charter bus crash fatality
Complaint Committee for *In re: Target Corp. Customer Data Security Breach Litigation,* 0:14-md-02522 (Minn.)

Shipman & Wright, LLP, Litigation Attorney
Wilmington, North Carolina
October 2007 - May 2011
Led the firm's pharmaceutical drug and medical device litigation
Handled catastrophic personal injury cases and consumer class actions
Significant Cases:     $3.4 million settlement for quadriplegia premises liability case
$1.8 million settlement for brain injury tractor trailer collision
Class Counsel, *Rodriguez et. al. v. Sallie Mae Corporation*, 3:07-cv-01866 (Conn.)

Wallace & Graham, P.A., Managing Attorney
Salisbury, North Carolina
April 2000 - January 2007
Managed this large plaintiff's personal injury and toxic tort firm, including leading human resources functions and handling all administration matters for firm averaging 18 attorneys and 75 staff members
Established and lead the firm's pharmaceutical drug and medical device litigation division

Blanco Tackabery Combs & Matamoros, P.A., Associate
Winston-Salem, North Carolina
September 1998 - March 2000
Corporate and commercial transactions, primarily for small to medium-sized business owners, family-owned businesses, and real estate developers

Wake Forest University School of Law, Adjunct Professor
Winston-Salem, North Carolina
January 2007 – December 2007
Course: Law Practice Management

EDUCATION

Georgetown Law Center eDiscovery Training Academy
eDiscovery certification – June 2017

Wake Forest University School of Law, Winston-Salem, North Carolina
Juris Doctor – May, 1998
Editor-in-Chief of the *Wake Forest Law Review*

University of South Carolina, Columbia, South Carolina
Master of International Business, German Track - May, 1991

Wake Forest University, Winston-Salem, North Carolina
Bachelor of Science, Mathematical Economics - May, 1989

HONORS AND RECOGNITIONS

Martindale-Hubbell AV-rated
Litigation Counsel of America, Fellow
American Bar Foundation, Fellow
Business North Carolina Magazine's Legal Elite Hall of Fame
Business North Carolina Magazine's Legal Elite, 2012, 2013, 2014, 2015
        2016 – Legal Elite winner for Litigation
Super Lawyers Top 50 Women North Carolina, 2014, 2015, 2016
Super Lawyers, 2012, 2013, 2014, 2015, 2016, 2017, 2018
National Trial Lawyers – Top 100 Trial Lawyers
National Trial Lawyers – Top 100 Mass Tort Lawyers
National Trial Lawyers – Top 100 Class Action Lawyers

PROFESSIONAL ACTIVITIES

North Carolina Advocates for Justice
American Association for Justice
U.S. Court of Federal Claims Bar Association
Trial Law Institute
Diversity Law Institute

BAR ADMISSIONS

United States Supreme Court
North Carolina
U.S. District Court - Middle, Eastern and Western Districts of North Carolina
U.S. Court of Federal Claims