UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT D. BRADY, JR.,<br>RACHEL MEGQUIER,<br><br>    Plaintiffs,<br><br>  vs.<br><br>DUE NORTH HOLDINGS, LLC,<br>A POTS & PANS PRODUCTION, LLC,<br>SCOTTY'S HOLDINGS, LLC,<br><br>    Defendants. | )<br>)<br>) Cause No.<br>)  1:17-CV-01313-MJD-TWP<br>) Indianapolis, Indiana<br>) **October 16, 2018**<br>) 4:30 p.m.<br>)<br>)<br>)<br>)<br>) |

**Before the Honorable
MARK J. DINSMORE**

OFFICIAL REPORTER'S TRANSCRIPT OF
HEARING RE: FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**For Plaintiffs:**          John A. Yanchunis, Esq.
                             Morgan & Morgan Complex
                              Litigation Group
                             Seventh Floor
                             201 North Franklin Street
                             Tampa, FL  33602

**For Defendants:**          Mark S. Mester, Esq.
                             Robert C. Collins, III, Esq.
                             Latham & Watkins, LLP
                             Suite 2800
                             330 North Wabash Avenue
                             Chicago, IL  60611

Court Reporter:              David W. Moxley, RMR, CRR, CMRS
                             United States District Court
                             46 East Ohio Street, Room 340
                             Indianapolis, Indiana  46204

PROCEEDINGS TAKEN BY MACHINE SHORTHAND
TRANSCRIPT CREATED BY COMPUTER-AIDED TRANSCRIPTION

(In open court.)

THE COURT:  All right.  It is 4:30 p.m. on Tuesday, October 16, 2018.  We're here on the matter of Brady, et al., versus Due North Holdings, LLC, et al., 1:17-cv-1313.  This is United States Magistrate Judge Mark J. Dinsmore.  The record is electronic.

Counsel, would you please identify yourselves for the record.

MR. YANCHUNIS:  Good afternoon, Your Honor.  John Yanchunis for the plaintiffs.

MR. MESTER:  Good afternoon, Your Honor.  Mark Mester and Robby Collins for the defendants.

THE COURT:  All right.  We are here pursuant to the Court's order preliminarily approving settlement, certifying settlement class, directing notice to the settlement class, and setting date for final approval hearing, docket 52, entered May 14, 2018.

Paragraph 22 of that order, the final approval hearing was set for today, Tuesday, October 16, 2018, at 4:30 p.m. in this courtroom.  The record will reflect that the counsel that just identified themselves are the only individuals, other than the court staff, that are present in the courtroom.

We are here on Plaintiffs' unopposed motion for final approval of class action settlement, award of attorneys'

fees and expenses and service awards, docket 59, which I have read. I guess I will ask the parties if there's a further record you would like to make. How about the plaintiff?

MR. YANCHUNIS: No, Your Honor. I could probably -- I don't have anything else. I certainly would entertain any questions you have.

THE COURT: I think it's complete and adequate.

MR. MESTER: Nothing further, Your Honor.

THE COURT: All right. And just -- you haven't gotten any objections to this since this was submitted?

MR. MESTER: No opt outs, Your Honor, and no objections.

THE COURT: All right. And both counsel are satisfied with the proposed final approval order and judgment submitted?

MR. YANCHUNIS: Yes, Your Honor, so to both of our efforts.

MR. MESTER: Yes, Your Honor.

THE COURT: All right. It seemed to have everything in there. All right, then. Well, there being no objections to the settlement, unless somebody else wants to put anything on the record --

MR. YANCHUNIS: Your Honor, I just want to -- and I'm sure defense counsel joins with me in being appreciative of your patience. I know this was not -- it took some time

4

with status conferences --

THE COURT:  It's really not my strong point.

MR. MESTER:  You could have fooled us, Your Honor.

MR. YANCHUNIS:  And, again, it was a pleasure.  And I appreciate you giving us the time to finalize some details that sometimes do take a little bit of time, but we finally were able to do that.

THE COURT:  Okay.

MR. MESTER:  I had that on my list, as well, Your Honor.  It was very much appreciated.  We wouldn't be here but for your patience.  Your efforts and the efforts of Judge Anderson were much appreciated through this process, so we really do appreciate it.

THE COURT:  All right.  Well, very good.  Well, it is now 4:34 p.m. and nobody has snuck into the courtroom to object since we started, so we will adjourn.

THE COURTROOM DEPUTY:  All rise.

(Proceedings adjourned at 4:34 p.m.)

5

CERTIFICATE OF COURT REPORTER


    I, David W. Moxley, hereby certify that the foregoing is a true and correct transcript from reported proceedings in the above-entitled matter.




/S/ David W. Moxley_____    November 2, 2018
DAVID W. MOXLEY, RMR/CRR/CMRS
Official Court Reporter
Southern District of Indiana
Indianapolis Division